Exhibit E

**EMIGRANT FUNDING CORPORATION**

**APPRAISAL OF**
**2408 CLARENDON ROAD**
**BROOKLYN, NY 11226**

**AS OF**
**JANUARY 13, 2022**

## SUMMARY

| | |
|---|---|
| | EFC Loan #441757-0 |
| **Owner:** | Kensington Realty Group Corp. |
| **Location:** | 2408 Clarendon Road |
| | Brooklyn, NY 11226 |
| **Tax Map Location:** | Block: 5190 |
| | Lot: 3 |
| **Inspection Date:** | January 8, 2022 |
| **Effective Date of Appraisal:** | January 13, 2022 |
| **Effective Date of Report:** | January 13, 2022 |
| **Report Type:** | Restricted Appraisal report |
| **Property Rights Appraised:** | Leased Fee Interest |

### Purpose & Use:

The purpose of this Restricted Appraisal is to estimate the Market Value and Insurable Value of the subject property, As Is, as of the date of inspection. The function of this appraisal is to assist the intended user, Emigrant Funding Corporation, in evaluating the subject for internal monitoring purposes.

NOTE: At the request of the Client, the appraiser performed an exterior visual inspection of the subject property on 1/8/2022 as part of this appraisal assignment. The reported condition is factual, specific terms, relying on subject property information from third-party data sources and /or a prior appraisal report dated 1/22/15.

Extraordinary Assumption: Subject property description and property condition, which is based on a prior appraisal dated 1/22/15, is assumed to be true and correct as of the Effective Date of this appraisal. The value conclusions are subject to the extraordinary assumptions that may affect the assignment results.

An extraordinary assumption is uncertain information accepted as fact. If the assumption is found to be false as of the effective date of the appraisal, we reserve the right to modify our value conclusions.

| | | | |
|---|---|---|---|
| **Land Size:** | 4,000 +/- square feet | | |
| **Building Size:** | 11,800 +/- square feet | | |
| **Number of Stories:** | 4 Stories | | |
| **Number of Units:** | 16 Apartment units | | |
| **Occupancy:** | 2 Vacant | | |
| | 0 Owner occupied | | |

| | | | | | |
|---|---|---|---|---|---|
| **Potential Gross Income:** | $176,976 | $15.00 | /SF | $1.25 | /SF/M |
| **V & C Loss :**   4% | $7,079 | | | | |
| **Effective Gross Income:** | $169,897 | | | | |
| **Expenses:** | $104,113 | $8.82 | /SF | 61% of EGI | |
| | | $6,507 | /unit | 59% of PGI | |
| **Net Operating Income:** | $65,784 | | | | |
| **Real Estate Taxes:** | $41,568 | $3.52 | /SF | $2,598 | /unit |

### Value Indications:

| | |
|---|---|
| **Cost Approach:** | N/A |
| **Sales Comparison Approach:** | $1,770,000 |
| **Income Capitalization Approach:** | $1,190,000 |

| | |
|---|---|
| **Estimated Market Value:** | **$1,250,000** |
| **Market Value per Square Foot :** | $106 |
| **Market Value per Unit:** | $78,125 |
| **Gross Income Multiplier:** | 7.06 |
| **Capitalization Rate:** | 5.26% |

| | |
|---|---|
| **Insurable Value:** | **$1,890,000 (Rounded)** |

**Note: The subject is currently in the Alternative Enforcement Program (AEP) and the CONH Pilot Program.**

### Property Description

The subject property is a four story plus basement walk-up apartment building consisting of (16) apartment units. The property is located on Clarendon Road between Bedford Avenue and East 25th Street in the Flatbush section of Brooklyn. The subject is located in an overall average location and is in overall average/fair condition. The total gross building area is approximately 11,800 square feet.

Note: "The global outbreak of a "novel coronavirus" known as COVID-19 was officially declared a pandemic by the World Health Organization (WHO). It is currently unknown what direct, or indirect, effect, if any, this event may have on the national economy, the local economy or the market in which the subject property is located. The reader is cautioned, and reminded that the conclusions presented in this appraisal report apply only as of the effective date(s) indicated. The appraiser makes no representation as to the effect on the subject property of this event, or any event, subsequent to the effective date of the appraisal."

Comment from Eric Haims, MAI- AI-GRS, Chair, Appraisal Institute, Region IV:

| | |
|---|---|
| **Street:** | Two way west to east, mildly-traveled |
| **Heating:** | Oil |
| **Units Inspected:** | Exterior Inspection Only |
| **Deferred Maintenance:** | The subject currently has 47 HPD building, 10 Department of Buildings open violations. |
| **Functional Obsolescence:** | None Noted |
| **External Obsolescence:** | None Noted |
| **Flood Zone:** | X, 360497-3604970214F |
| **Zoning:** | R6 |

In arriving at a final estimate of value, consideration has been given to the Income Approach and the Sales Comparison Approach to value. Therefore, after considering such factors as location, size, utility, condition and income as well as zoning and legal restrictions, the estimated value of the leased fee interest of the subject property, As Is, as of January 8, 2022, the date of inspection, is,

### ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS ($1,250,000)



**Subject Property Photo**

## SCOPE OF REPORT

This is a Restricted Appraisal Report that is intended to comply with the reporting requirements set forth under Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Restricted Appraisal Report. As such, it includes limited discussions of the data, reasoning, and analysis that were used in the appraisal process to develop the appraisers' opinion of value. To develop the opinion of value, the appraiser performed the appraisal process as defined by the Uniform Standard of Professional Practice. This Restricted Appraisal Report set forth only a summary of information and the appraiser's conclusions and may not be understood properly without additional information in the appraiser's workfile. Supporting documentation concerning the data, reasoning, and analysis is retained in the appraisers' work file. The market value estimate contained in this report is of the specified real property interest(s) only and does not include any significant contribution attributable to personal property, trade fixtures, or intangible items. This report is intended for use only by Emigrant Funding Corporation. Use of this report by others is not intended by the appraiser.

## SALES HISTORY

The subject property does not appear to have transferred via an arm's length transaction during the past three years. Kensington Realty Group Corp. appear to be the current owners of the record; the above information is subject to review of a title report. The subject property is not currently under contract of sale nor is it listed on the market for sale.

## MARKET OUTLOOK

In conclusion, the subject has an average location in a primarily residential neighborhood. Although a level of uncertainty remains about the pace and strength of the U.S. economy, most investors expect positive trends in the commercial real estate industry to continue for the 1st half of 2022. Even so, the real estate cycle has been in expansion mode for an extended period of time and some investors are preparing for a slowdown ahead. A major factor is the uncertainty of interest rates followed by the lack of affordable housing and economic uncertainties. There is adequate demand for apartments in the vicinity of the subject, with few vacancies noted and rent-up times of under two months. Demand for retail space remains adequate, with rent-up times in the range of six to nine months. However, the retail market is starting to be influenced by e-commerce which will have an impact on demand and pricing. The subject generates an adequate income, is in overall average condition and adequately maintained. There are no known zoning changes or other anticipated developments that would have a negative impact on the subject. Based on this, the market outlook for the subject appears satisfactory.

Coronavirus outbreak and its possible impact: The coronavirus threat may be impacting market conditions. However, in most markets it is not yet clear to what extent, if any, market conditions are affected. A prolonged outbreak could have a significant, yet unknown or quantifiable impact on property values. Related, complicating factors include fluctuations in the stock market and changes in mortgage interest rates. Values and cash flows may change more rapidly and significantly than during more typical market conditions.

## ZONING

The subject property is under the zoning jurisdiction of New York City and is located in a residential zone designated R6. The subject building does not appear to comply with the zoning requirements and is therefore considered to be a legal preexisting, non-conforming improvement. A Certificate of Occupancy was not provided. This appraisal is based on the reasonable assumptions that the subject's current use and improvements will be permitted to continue.

## HIGHEST AND BEST USE ANALYSIS

Considering the housing shortage in New York City, multifamily development is considered financially feasible and maximally productive, in addition to physically possible and legally permissible. Thus, the highest and best use of the subject property, as vacant, is with multifamily development built to the maximum permitted by the zoning regulations.

The subject site is improved with four-story plus basement walk-up apartment building in fair/average condition. The subject appears to be a legal use and improvement; demand for apartments space is adequate. Thus, the highest and best use of the subject property, as improved, is with continued use as a apartment building, with deferred maintenance cured as required.

## Insurable Value

Based on estimates derived from the Marshall & Swift calculator method and discussions with local builders and architects, a base cost indicator of $200 per square foot has been chosen for the subject property, which has a gross building area estimated at 11,800 square feet, Foundations, basements and excavations are typically treated as an exclusion.

| | | |
|---|---|---|
| 11,800 SF x $200 = | $2,360,000 | Replacement Cost New |
| | ($ 472,000) | Exclusion (-20%) |
| | $1,888,000 | Insurable Value |
| | **$1,890,000** | **Insurable Value (Rounded)** |











**COMPARABLE SALES MAP**

## SALES COMPARISON APPROACH

A thorough search for properties similar to the subject and which have recently transferred was conducted, with the most appropriate sales utilized. As outlined on the comparable sales grid below, various adjustments have been made to the sales to reflect differences in location, physical characteristics, and income. No adjustments have been made for conditions of sale, as all the sales appear to be arm's length. No adjustments have been made for financing, as all of the sales appear to involve financing typical of today's real estate market. The real estate market has stabilized in this area, no time adjustment was required.

Unadjusted, the sales range from low of $129 per square foot to a high of $167 per square foot. Adjusted, the sales range from a low of $129 per square foot to a high of $167 per square foot. In my opinion, the subject building would be valued at $150 per square foot, which gives us $150 x 11,800 SF = $1,770,000; rounded to $1,770,000.

In my opinion, the indicated value via the Sales Comparison Approach is $1,770,000, which equates to a unit value of $150 per square foot, which is within the range indicated by the comparable sales.

### VALUE INDICATION
### SALES COMPARISON APPROACH
### $1,770,000

The opinions of value expressed in this desktop valuation are based on estimates and forecasts that are conjectured in nature and subject to considerable risk and uncertainty.

| COMPARABLE SALES GRID | | | | | |
|---|---|---|---|---|---|
| Item | Subject | Sale #1 | Sale #2 | Sale #3 | Sale #4 |
| Address | 2408 | 3010 | 650 | 816 | 352 |
| | Clarendon Rd | Clarendon Rd | E 29th Street | E 12th Street | E 8th Street |
| | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY |
| Block / Lot | 5190- 3 | 4947/3 | 5251/52 | 6695/12 | 5359/43 |
| **Sales Price** | | $2,220,000 | $2,300,000 | $2,350,000 | $2,800,000 |
| Date of Sale | | 4/22/2020 | 6/15/2021 | 9/30/2021 | 4/27/2021 |
| Data Source | Exterior Inspection/Previous Appraisal | Realquest / Costar / Deed | Realquest / Costar / Deed | Realquest / Costar / Deed | Realquest / Costar / Deed |
| **Price/SF** | | $162 | $129 | $167 | $137 |
| Price/Unit | | $105,714 | $121,053 | $146,875 | $116,667 |
| Cond of Sale/Finan Adj % | | 0% | 0% | 0% | 0% |
| Adjusted Price/SF | | $162 | $129 | $167 | $137 |
| Market Conditions Adj % | | 0% | 0% | 0% | 0% |
| Adjusted Price/SF | | $162 | $129 | $167 | $137 |
| **Characteristics** | | | | | |
| **Building Area - SF** | **11,800** | **13,688** | **17,808** | **14,080** | **20,400** |
| Average Unit Size - SF | 738 | 652 | 937 | 880 | 850 |
| Lot Dimensions (W x L) | 40 x 100 | 50 x 100 | Irr. 100 x 93.73 | 40 x 100 | 60.5 x 100 |
| Land Size | 4,000 | 5,000 | 9,367 | 4,000 | 6,050 |
| Land to Building Ratio | 0.34 | 0.37 | 0.53 | 0.28 | 0.30 |
| Year Built | 1931 | 1931 | 1931 | 1926 | 1922 |
| No. of Stories | 4 | 4 | 4 | 4 | 4 |
| Apartment Units | 16 | 21 | 19 | 16 | 24 |
| Location/Corner | Average/No | Average/No | Average/No | Average/No | Average/No |
| Quality/Condition | Fair/Average | Average | Average | Average | Average |
| Real Estate Taxes/SF | $3.52 | $4.00 | $2.21 | $2.91 | $2.17 |
| **Income/Expenses** | | | | | |
| Indicated Gross Income | $176,976 | | | | |
| Indicated NOI | $65,784 | | | | $227,000 |
| GIM | | | | | |
| Indicated Cap Rate | | 5.00% | | | 8.11% |
| Expense Ratio | 63% | | | | |
| Gr Inc/SF/Month | $1.25 | | | | |
| **Adjustments** | | | | | |
| Size Adj % | | 5% | 10% | 5% | 10% |
| Lot Size/Front Footage Adj % | | 0% | -5% | 0% | -5% |
| Location Adj % | | 0% | 0% | 0% | 0% |
| Quality/Condition Adj % | | -5% | -5% | -5% | -5% |
| Gr Inc/SF/Month Adj% | | 0% | 0% | 0% | 0% |
| Real Estate Taxes/SF Adj % | | 0% | 0% | 0% | 0% |
| Total Adj % | | 0% | 0% | 0% | 0% |
| Total Adj $ | | $0 | $0 | $0 | $0 |
| Adj $/Unit | | $162 | $129 | $167 | $137 |

Note: Variations due to computer rounding.

## INCOME CAPITALIZATION APPROACH

The subject property is a four-story plus basement walkup apartment building containing sixteen apartment units, two of which are vacant. The rent roll below is based on rent provided by receiver dated 11/30/19 and information from a previous appraisals dated 12/9/05, 1/22/15, 5/13/2016, 3/31/2017, 3/16/2018, 1/29/2019, 12/13/2019. According to the previous appraisal, all units are rent stabilized. It is assumed that the information provided is accurate and reliable, and that the contract rents as provided are legally within the guidelines specified by the New York City Rent Guidelines Board and DHCR requirements.

In order to determine the reasonableness of the contract rents, a market rent must be established for the subject's apartment and retail units. Comparable rental data has been collected from the local market. Owners, tenants, leasing agents, local real estate professionals, and other participants active in this market have been interviewed. Comparable rental data is presented on the grid to the right.

Based on the rental survey and rental activity in the subject, market rents have been estimated for the subject property as outlined on the subject rent roll. Based on the estimate of market rents, the contract rent for all the subject's apartment are below market rent. Thus, the subject's contract rent will be utilized in the stabilized income and expense projection.

| COMPARABLE APARTMENT RENTALS | | | | |
|---|---|---|---|---|
| Total Rms. | Sq. Ft. Area | Actual Rents | Rent Per Sq.Ft. | Rent Per Room |
| 1904 Nostrand Avenue, Apt 3D, Brooklyn--Zillow --Ask 1/22 | | | | |
| 3 | | $1,550.00 | | $517 |
| 540 E 22nd Street, Apt 4C, Brooklyn - Zillow --Ask 1/22 | | | | |
| 3 | | $1,550.00 | | $517 |
| 2511 Bedford Avenue, Apt 4D, Brooklyn --Zillow --Ask 1/22 | | | | |
| 3 | | $1,645.00 | | $548 |
| 2516 Bedford, Apt 4D, Brooklyn --Zillow --Ask 1/22 | | | | |
| 3 | | $1,650.00 | | $550 |
| 3213 Snyder Avenue, Apt 9B, Brooklyn--Zillow --Ask 1/22 (Renovated) | | | | |
| 4 | | $1,949.00 | | $487 |
| 1611 Nostrand Avenue, Apt 1A, Brooklyn--Zillow--Ask 1/22 (Renovated) | | | | |
| 4 | 700 | $1,995.00 | **$2.85** | $499 |
| 662 E 21st Street, Apt C4, Brooklyn--Zillow --Ask 1/22 (Renovated) | | | | |
| 4 | | $2,000.00 | | $500 |
| 732 E 21st Street, Apt 2R, Brooklyn--Zillow --Ask 1/22 | | | | |
| 4 | | $2,000.00 | | $500 |
| 1039 Ocean Avenue, Apt 16, Brooklyn--Zillow --Ask 1/22 | | | | |
| 4 | | $2,000.00 | | $500 |
| 2610 Glenw oodRd, Brooklyn--Zillow --Ask 1/22 | | | | |
| 4 | | $2,000.00 | | $500 |

### Rent Roll: 2408 Clarendon Rd, Brooklyn, NY 11226

| Unit | Unit Room Count | Total Rms. | Sq. Ft. Area Per Unit | Tenants Name | Lease Date | Actual 2005 Rents | 2022 Forecasted Rents | Est. Rent Per Sq.Ft. | Rent Per Room | Market Rent | Mkt. Rent / Sq.Ft. | Mkt. Rent / Rm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A | 3/1/1 | 3 | 550 | Hicks | 8/1/21-7/31/23 | $700.00 | $973.69 | $1.77 | $325 | $1,550 | $2.82 | $517 |
| 1B | 4/2/1 | 4 | 600 | D'Haiti | 8/1/21-7/31/23 | $573.62 | $799.64 | $1.33 | $200 | $1,750 | $2.92 | $438 |
| 1C | 4/2/1 | 4 | 600 | Salley | 11/1/21-10/31/22 | $787.00 | $1,438.76 | $2.40 | $360 | $1,750 | $2.92 | $438 |
| 1D | 4/2/1 | 4 | 550 | Forsyth/Super | 7/15-6/16 | $750.00 | $0.00 | $0.00 | $0 | $1,750 | $3.18 | $438 |
| 2A | 4/2/1 | 4 | 640 | Rodney | N/A | $700.00 | $840.50 | $1.31 | $210 | $1,750 | $2.73 | $438 |
| 2B | 4/2/1 | 4 | 640 | Thorpe | 11/1/21-10/31/22 | $757.12 | $1,485.87 | $2.32 | $371 | $1,750 | $2.73 | $438 |
| 2C | 4/2/1 | 4 | 600 | Vacant | N/A | $573.00 | $824.28 | $1.37 | $206 | $1,750 | $2.92 | $438 |
| 2D | 4/2/1 | 4 | 600 | Vacant | N/A | $540.00 | $784.90 | $1.31 | $196 | $1,750 | $2.92 | $438 |
| 3A | 4/2/1 | 4 | 640 | Roberts | 7/1/20-6/30/22 | $850.00 | $1,249.83 | $1.95 | $312 | $1,750 | $2.73 | $438 |
| 3B | 4/2/1 | 4 | 640 | Casseis | 8/1/21-7/31/23 | $535.00 | $788.33 | $1.23 | $197 | $1,750 | $2.73 | $438 |
| 3C | 4/2/1 | 4 | 600 | Johnson | 8/1/21-7/31/23 | $787.00 | $1,099.78 | $1.83 | $275 | $1,750 | $2.92 | $438 |
| 3D | 4/2/1 | 4 | 600 | Barrett | 8/1/21-7/31/22 | $787.00 | $1,109.54 | $1.85 | $277 | $1,750 | $2.92 | $438 |
| 4A | 4/2/1 | 4 | 640 | Barton | 8/1/21-7/31/23 | $676.50 | $971.69 | $1.52 | $243 | $1,750 | $2.73 | $438 |
| 4B | 4/2/1 | 4 | 640 | Linton | 8/1/21-7/31/23 | $663.00 | $809.81 | $1.27 | $202 | $1,750 | $2.73 | $438 |
| 4C | 4/2/1 | 4 | 600 | Gentil | 8/1/21-7/31/23 | $528.00 | $721.75 | $1.20 | $180 | $1,750 | $2.92 | $438 |
| 4D | 4/2/1 | 4 | 600 | Sterling | 8/1/20-7/31/22 | $663.00 | $849.63 | $1.42 | $212 | $1,750 | $2.92 | $438 |
| 16 | | 63 | 9,740 | | | | | | | | | |

| | | |
|---|---|---|
| **Monthly Total** | | $14,748.00 |
| **Annual Total** | | $176,976.00 |
| **Annual Total (rounded)** | | **$176,976.00** |

Note: The appraiser w as not provided w ith lease information. The building w as entirely rent stabilized as of the appraisal completed on 12/9/2005.
Note: Rent for the units have been updated from prior report based on Rent Guideline Board increases.
Note: As per receiver, Unit #1D is occupied by the super w ho lives rent free.
Note: Market rents are at the low end of the market due to fair/average condition and size of the apartment units.
Note: The rent roll dated 11/30/2019 w as provided by the receiver of the property.

| STABILIZED INCOME AND EXPENSE PROJECTION 22/23 | | | | |
|---|---|---|---|---|
| Gross Building Area - SF | | 11,800 | | |
| | | | | Annual Income |
| **Total Potential Gross Income** | | | | **$176,976** |
| V & C Loss | | | 4% | $7,079 |
| **Effective Gross Income** | | | | **$169,897** |
| Expenses | | | $/square foot | |
| Real Estate Taxes | | | $3.52 | $41,568 |
| Insurance | | | $0.81 | $9,500 |
| Fuel | | | $1.40 | $16,500 |
| Electric | | | $0.21 | $2,500 |
| Water & Sewer | | | $0.42 | $5,000 |
| Pest Control | | | $0.07 | $800 |
| Repairs & Maintenance | | | $0.59 | $7,000 |
| Painting & Decorating | | | $0.23 | $2,750 |
| Management/Payroll | 5% | of EGI | $0.72 | $8,495 |
| Legal & Professional | | | $0.21 | $2,500 |
| Miscellaneous | | | $0.13 | $1,500 |
| Structural Reserves | | | $0.34 | $4,000 |
| Replacement Reserves | | | $0.17 | $2,000 |
| **Total Expenses** | 61% | of EGI | $8.82 | **$104,113** |
| **Net Operating Income** | | | | **$65,784** |
| Note: RETs are based on the 2022/23 tentative tax assessment of $339,750 and a Class 2 rate of $12.235 per $100 assessed. | | | | |

| Mortgage-Equity Technique | | | | | |
|---|---|---|---|---|---|
| | Rate | | Rate* | | Weighted Average |
| Mortgage | 0.70 | x | 0.0608 | = | 0.0426 |
| Equity | 0.30 | x | 0.0750 | = | 0.0225 |
| **Weighted Average** | | | | | 0.0651 |

*Mortgage Constant @ 4.50%, 5 year term, 30 year amortization.

Less Credit for Equity Buildup

| % of Value | x | Principal Paid Off | x | Sinking Fund Factor | |
|---|---|---|---|---|---|
| 0.70 | x | 0.0884 | x | 0.1722 | = 0.0107 |
| | | | | | 0.0544 |

**Indicated Basic Rate**

Less Credit for Appreciation-

| Anticipated Change in Value | | x | Sinking Fund Factor | |
|---|---|---|---|---|
| 0.0 | | | 0.1722 | = -0.0000 |

**Indicated Overall Rate** **0.0544**

| | Rounded to | 5.50% |
|---|---|---|

Demand for apartments is average, with few vacancies noted in the immediate vicinity of the subject. Rent-up times are estimated to range from one to three months. In my opinion, a vacancy and credit loss factor of 4% is reasonable. Expenses associated with the operation of the subject property are analyzed, compared with similar operations, and then stabilized. The appraiser was not provided with historical expenses for the subject property. The owner of the subject provides heat, hot water, and common area electricity; the tenants are responsible for electricity and gas for their own units. The owner would incur additional expenses as outlined on the stabilized income and expense projection. Management expenses are estimated at 5% of effective gross income. Total forecasted expenses for the subject amount to $104,113, representing approximately 61% of effective gross income, which is reasonable when compared to, similarly improved properties.

The Third Quarter 2021 PWC Investor Survey indicates overall cap rates for the Non Institutional National Apartment Market ranging between 6.00% to 8.00%, with an average of 7.00%. This has been considered, as have the terms and resulting capitalization rate shown on the mortgage-equity grid at left, as well as the market derived rates shown below. Thus, considering the subject's location, quality, condition, and occupancy characteristics, **a capitalization rate of 5.50% has been selected.** Application of this rate to the net operating income gives us: $65,784 / 5.50% = $1,196,072; rounded to $1,195,000

**VALUE INDICATION**
**INCOME CAPITALIZATION APPROACH**
**$1,195,000**

The opinions of value expressed in this desktop valuation are based on estimates and forecasts that are conjectured in nature and subject to considerable risk and uncertainty.

## RECONCILIATION AND FINAL VALUE ESTIMATE

The subject property consists of a four story plus basement walk-up apartment building containing a total of sixteen apartment units. The subject is located on the south side of Clarendon Road between Bedford Avenue and E 25th Street in the Flatbush section of the Borough and county of Brooklyn, City and State of New York. The approaches to value utilized in this appraisal indicate the following estimates:

| | |
|---|---|
| **Cost Approach:** | **N/A** |
| **Sales Comparison Approach:** | **$1,770,000** |
| **Income Approach:** | **$1,195,000** |

This report considers the three traditional approaches in the appraisal of real estate: the Cost Approach, the Sales Comparison Approach, and the Income Approach. Each is used according to the nature of the scope of the appraisal, the availability of reliable and comparable data, and their relevance to the appraisal problem.

The Cost Approach has not been utilized due to the fact that the subject is an older building. The typical buyer would place little or no reliance on this approach.

The Sales Comparison Approach is most useful when valuing owner occupied properties, or properties in an active market that rely on a comparison of unit values. Since sufficient data was uncovered to provide a reasonable indication of value via this approach, the Sales Comparison Approach has been seriously considered.

The subject is an income producing property with the typical purchaser an investor. Since recent income and expense data in the subject's immediate vicinity was obtained, with the subject's income and expenses generally in line with the market, we have also given serious consideration to the Income Capitalization Approach. Since the income stream of the subject is expected to remain relatively stable, the direct capitalization technique is utilized, which is consistent with the practice of local investors in the apartment market.

Conversations with investors in the Brooklyn apartment market indicate that significant weight is afforded to the Income Approach to value as this is a typical investor type property.

**Conclusion:** After consideration of various factors including the location, condition, physical characteristics, and occupancy of the subject property, as well as prevailing market conditions, in our opinion the market value of the Leased Fee Interest in the subject property, As Is, as of January 8, 2022, is:

### ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS
### ($1,250,000)

The opinions of value expressed in this desktop valuation are based on estimates and forecasts that are conjectured in nature and subject to considerable risk and uncertainty.

Based on the market value stated above, the estimate of a reasonable exposure time and marketing time for the subject property is approximately six to nine months.

## CERTIFICATION

I certify that to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. I have performed an exterior inspection of the subject property on 12/5/2019.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent even directly related to the intended use of this appraisal.

8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

9. I made a personal exterior inspection of the property that is the subject of this report. I reported the condition of the improvements in factual, specific terms, relying on the subject property information from third party data sources and prior appraisal report dated 1/22/2015. I am unaware of the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

10. No one provided significant professional assistance to the persons signing this report.

11. The Appraisal Assignment was not based on a requested minimum valuations, a specific valuation, or the approval of a loan.

12. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards Professional Appraisal Practice of the Appraisal Institute.

13. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

14. The State of New York, Department of State in conjunction with Federal Guidelines set forth by the appraisal sub-committee of the Federal Financial Institutions Examination Council or by the Appraisal Foundation as referred to in Title XI of the Financial Institution Reform, Recovery and Enforcement Act of 1989, have set minimum standards to be achieved for qualification as a New York State Certified Real Estate Appraiser. I am currently certified as a General Real Estate Appraiser with the State of New York under this program.

01/13/2022
_____
Date

*Theodore Stavropoulos*

Theodore Stavropoulos
EFC Appraiser
New York State Certified
General Real Estate Appraiser
Identification No. 46000048560
Expiration Date: 11/18/2023

## LIMITING CONDITIONS AND GENERAL ASSUMPTIONS

This report is subject to the following limiting conditions and general assumptions:

1. No responsibility is assumed for the legal description provided or for matters pertaining to legal or title considerations. Title to the subject property is assumed to be good and marketable unless otherwise stated.

2. The subject property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3. Responsible ownership and competent property management are assumed.

4. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy. This includes, but is not limited to, income and operating expenses, and data verbally provided by the ownership. Income forecasts and operating estimates contained herein are based upon the subject's past history and market estimates. Should full disclosure of the subject's current income and expenses prove these estimates inaccurate, it may be necessary for this appraisal to be adjusted.

5. All maps, photographs and illustrative material contained in this report are included only to help the reader visualize the subject property and location.

6. It is assumed that there are no hidden or inapparent conditions of the subject property, subsoil or structures that render it more or less valuable. No responsibility is assumed for such conditions or for obtaining the engineering studies that may be required to discover them.

7. It is assumed that the subject property is in full compliance with all applicable federal, state and local environmental regulations and laws unless the lack of compliance is stated, described and considered in this appraisal report.

8. It is assumed that the subject property conforms to all applicable zoning and use regulations unless a nonconformity has been identified, described and considered in this appraisal report.

9. It is assumed that all required licenses, certificates of occupancy, consents, and other legislative or administrative authority from any local, state or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

10. It is assumed that the land and improvements are confined within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in this report.

11. Unless otherwise stated in this report, the existence of hazardous materials, which may or may not be present on the subject property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, and other potentially hazardous materials may affect the value of the subject property. The value estimated is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for such conditions or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

12. Possession of this report, or a copy thereof, does not carry with it the right of publication.

13. The appraiser, by reason of this appraisal, is not required to give further consultation or testimony or to be in attendance in court with reference to the subject property unless arrangements have been previously made.

14. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

15. Any value estimates provided in this report apply to the entire property, and any proration or division of the total into fractional interests will invalidate the value estimate.

16. The forecasts, projections, or operating statements contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions.

17. This appraisal report is meant to be presented in its entirety. If this report is presented in any other form other than its complete form, it becomes invalid.

## SCOPE OF THE APPRAISAL

This is a Restricted Appraisal Report that is intended to comply with the reporting requirements set forth under Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Restricted Appraisal Report.  As such, it includes limited discussions of the data, reasoning, and analysis that were used in the appraisal process to develop the appraisers' opinion of value. To develop the opinion of value, the appraiser performed the appraisal process as defined by the Uniform Standard of Professional Practice.  This Restricted Appraisal Report set forth only a summary of information and the appraiser's conclusions and may not be understood properly without additional information in the appraiser's workfile. Supporting documentation concerning the data, reasoning, and analysis is retained in the appraisers' work file.  The market value estimate contained in this report is of the specified real property interest(s) only and does not include any significant contribution attributable to personal property, trade fixtures, or intangible items. This report is intended for use only by Emigrant Funding Corporation. Use of this report by others is not intended by the appraiser.

To reach a final value conclusion, the following steps were taken in the preparation of this report:

- The subject site and improvements were inspected to evaluate their various physical characteristics;
- The subject neighborhood was analyzed to evaluate its position in the marketplace, and its impact on the subject property;
- Published resources were researched to obtain economic, demographic and regional information;
- Market conditions were analyzed to evaluate their influence on the subject;
- records of appropriate government  agencies were researched;
- The subject property's highest and best use was analyzed;
- Improved comparable sales data was researched and verified utilizing a sales reporting service and public records;
- Comparable rental data was obtained from property owners, real estate brokers, and local participants in the real estate market;
- A projection of income and expenses is presented and analyzed, as is the local market's current occupancy levels, rent-up times, and anticipated future trends;
- The approaches to value are reconciled with a final value conclusion estimated.

## DEFINITIONS

Federal agencies under Title XI of FIRREA, the Financial Institutions Reform, Recovery and Enforcement Act of 1989, use the following definition of market value - see Source: Code of Federal Regulations, Title 12, Chapter I, Part 34.42[g]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472. It complies with the Uniform Standards of Professional Appraisal Practice.

Market Value is defined as:
    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
a.  buyer and seller are typically motivated;
b.  both parties are well informed or well advised and each acting in what he considers his own best interest;
c.  a reasonable time is allowed for exposure in the open market;
d.  payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and,
e.  the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

The following definition is from the Federal Register Volume 75, Number 237 (Friday, December 10, 2010)]

Appraisal As defined in the Agencies' appraisal regulations:
    A written statement independently and impartially prepared by a qualified  appraiser (state licensed or certified) setting forth an opinion as to the market value of an adequately described property as of a specific date(s), supported by the presentation and analysis of relevant market  information.

The following definitions are from the Appraisal Institute's The Dictionary of Real Estate Appraisal, Third Edition, 1993.

Leased Fee Estate is defined as:
    An ownership interest held by a landlord with the rights of use and occupancy conveyed by lease to others. The rights of the lessor (the leased fee owner) and the leased fee are specified by contract terms contained within the lease.

Highest and Best Use is defined as:
    The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasibly, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

The Value As Is is defined as:
    The value of specific ownership rights to an identified parcel of real estate as of the effective date of the appraisal; related to what physically exists and is legally permissible and excludes all assumptions concerning hypothetical market conditions or possible    re-zoning.

Reasonable Marketing Time Estimates may be defined as:
An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal.

The following definition is from the Uniform Standards of Professional Appraisal Practice, 2020-2021 Edition.

Reasonable Exposure Time in Market Value Estimates may be defined as:
    The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective opinion based upon an analysis of past events assuming a competitive and open market.

Extraordinary Assumption is defined as:
    An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinion or conclusion.

Hypothetical condition is defined as:
    A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Scope of Work is defined as:
    The type and extent of research an analysis in an appraisal or appraisal review assignment.

# A D D E N D A



**2408 Clarendon Road, Brooklyn, NY**



**Street View**



**Street View**



# Property Detail Report

**For Property Located At :**
**2408 CLARENDON RD 20, BROOKLYN, NY 11226-6282**



### Owner Information
| | |
|---|---|
| Owner Name: | **KENSINGTON REALTY GROUP CORP** |
| Mailing Address: | **401 FRANKLIN AVE #SUI, GARDEN CITY NY 11530-5942 C015 C/O COMMERCIAL REALTY RESOLUT** |
| Vesting Codes: | / / CO |

### Location Information
| | | | |
|---|---|---|---|
| Legal Description: | | | |
| County: | BROOKLYN, NY | APN: | 05190-0003 |
| Census Tract / Block: | 790.00 / 3 | Alternate APN: | 05190-00003 |
| Township-Range-Sect: | 04-00-16 | Subdivision: | |
| Legal Book/Page: | | Map Reference: | 16-04-08 / |
| Legal Lot: | 3 | Tract #: | |
| Legal Block: | 5190 | School District: | 3620580 |
| Market Area: | | School District Name: | NYC DEPT OF ED |
| Neighbor Code: | 25 | Munic/Township: | FLATBUSH |

### Owner Transfer Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 11/20/2007 / 11/12/2007 | Deed Type: | DEED (REG) |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | 577779 | | |

### Last Market Sale Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 06/14/1994 / 04/28/1994 | 1st Mtg Amount/Type: | $200,000 / PRIVATE PARTY |
| Sale Price: | $350,000 | 1st Mtg Int. Rate/Type: | 10.00 / |
| Sale Type: | | 1st Mtg Document #: | 3312-2417 |
| Document #: | 3312-2414 | 2nd Mtg Amount/Type: | / |
| Deed Type: | DEED (REG) | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $27.01 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | | | |
| Lender: | | | |
| Seller Name: | EUGENE FRANCOIS D & MARIE | | |

### Prior Sale Information
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 12/01/1982 / | Prior Lender: | |
| Prior Sale Price: | $80,000 | Prior 1st Mtg Amt/Type: | $60,000 / PRIVATE PARTY |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | 10.00 / |
| Prior Deed Type: | DEED (REG) | | |

### Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 12,960 | Parking Type: | | Construction: | |
| Living Area: | 12,960 | Garage Area: | | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | | Basement Area: | | Patio Type: | |
| Bedrooms: | | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | / | Basement Type: | | Air Cond: | |
| Year Built / Eff: | 1931 / | Roof Type: | | Style: | |
| Fireplace: | / | Foundation: | | Quality: | |
| # of Stories: | 4 | Roof Material: | | Condition: | |
| Other Improvements: | Building Permit | | | | |

**Site Information**

| | | | | | |
|---|---|---|---|---|---|
| Zoning: | >R6 | Acres: | >0.09 | County Use: | >WALKUP APT 6+ FAMILY (C1) |
| Lot Area: | >4,000 | Lot Width/Depth: | >40 x 100 | State Use: | > |
| Land Use: | >APARTMENT | Res/Comm Units: | >16 / | Water Type: | > |
| Site Influence: | > | | | Sewer Type: | > |

**Tax Information**

| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $755,000 | Assessed Year: | 2021 | Property Tax: | $41,653.69 |
| Land Value: | $200,000 | Improved %: | 74% | Tax Area: | 2 |
| Improvement Value: | $555,000 | Tax Year: | 2021 | Tax Exemption: | |
| Total Taxable Value: | $339,750 | | | | |

## Flood Map Report
For Property Located At



### 2408 CLARENDON RD 20, BROOKLYN, NY 11226-6282

**Report Date:** 01/04/2022                                    **County:** BROOKLYN, NY

| Flood Zone Code | Flood Zone Panel | Panel Date |
|---|---|---|
| X | 360497 - 3604970214F | 09/05/2007 |
| **Special Flood Hazard Area (SFHA)** | **Within 250 ft. of multiple flood zones?** | **Community Name** |
| Out | No | NEW YORK |

Flood Zone Description:
**Zone X-An area that is determined to be outside the 100- and 500-year floodplains.**



Flood Zones

| | | | |
|---|---|---|---|
| Coastal 100-year Floodway | 100-year Floodway | Undetermined | 500-year Floodplain incl. levee protected area |
| Coastal 100-year Floodplain | 100-year Floodplain | Unknown or Area Not Included | Out of Special Flood Hazard Area |

**Disclaimer of Use**

This map/report was produced using multiple sources. It is provided for informational purposes only.
This map/report should not be relied upon by any third parties. It is not intended to satisfy any regulatory
guidelines and should not be used for this or any other purpose.





## Zoning and Land Use

Tax Lots ☐

Zoning Districts

Commercial Districts 🟥

Manufacturing Districts 🟪

Residence Districts 🟨

Parks 🟩

Battery Park City ⬜

Commercial Overlays ☐

C1-1 through C1-5

C2-1 through C2-5

## Basemaps

Subways ▬

Building Footprints ☐

## 2408 CLARENDON ROAD, 11226

TAX LOT | BBL 3051900003

Brooklyn (Borough 3) | Block 5190 | Lot 3

**Zoning District:** R6

INTERSECTING MAP LAYERS :

Transit Zone

FRESH Zone

ZONING DETAILS:

Digital Tax Map

Zoning Map: 23a (PDF)

Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Multi-Family Walk-Up Buildings |
| Lot Area | 4,000 sq ft |
| Lot Frontage | 40 ft |
| Lot Depth | 100 ft |
| Year Built | 1931 |
| Building Class | Walk-up Apartments - Over Six Families Without Stores ( C1 ) |
| Number of Buildings | 1 |
| Number of Floors | 4 |
| Gross Floor Area | 12,960 sq ft |
| Total # of Units | 16 |
| Residential Units | 16 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Brooklyn Community District 17 |
| City Council District | Council District 45 |
| School District | 22 |
| Police Precinct | 67 |
| Fire Company | E255 |
| Sanitation Borough | 3 |
| Sanitation District | 17 |
| Sanitation Subsection | 4B |



# Residence Districts: R6 - R6A - R6B



## R6

R6 zoning districts are widely mapped in built-up, medium-density areas in Brooklyn, Queens and the Bronx. The character of R6 districts can range from neighborhoods with a diverse mix of building types and heights to large-scale "tower in the park" developments such as Ravenswood in Queens and Homecrest in Brooklyn. Developers can choose between two sets of bulk regulations. Standard height factor regulations, introduced in 1961, produce small multi-family buildings on small zoning lots and, on larger lots, tall buildings that are set back from the street. Optional Quality Housing regulations produce high lot coverage buildings within height limits that often reflect the scale of older, pre-1961 apartment buildings in the neighborhood.



Quality housing with MIH | Height factor | Quality housing

 R6 Regulations

## Height Factor Regulations

Buildings developed pursuant to height factor regulations are often tall buildings set back from the street and surrounded by open space and on-site parking. The floor area ratio (FAR) in R6 districts ranges from 0.78 (for a single-story building) to 2.43 at a typical height of 13 stories; the open space ratio (OSR) ranges from 27.5 to 37.5. Generally, the more open space, the taller the building. In the diagram, for example, 81% of the zoning lot with the 13-story building is required to be open space (2.43 FAR × 33.5 OSR). Thus, the maximum floor area ratio is achievable only where the zoning lot is large enough to accommodate a practical building footprint as well as the required amount of

open space. There are no height limits for height factor buildings although they must be set within a sky exposure plane which begins at a height of 60 feet above the street line and then slopes inward over the zoning lot.

Off-street parking is generally required for 70 percent of a building's dwelling units, but requirements are lower for income-restricted housing units (IRHU) and are further modified in certain areas, such as within the Transit Zone and the Manhattan Core, or for lots less than 10,000 square feet. Parking can be waived if five or fewer spaces are required.

**Medium-Density Non-Contextual Residence District**

| R6 | | FAR | Open Space Ratio | Sky Exposure Plane | DU Factor | Required Parking | |
|---|---|---|---|---|---|---|---|
| | | max. | range | | | Basic | IRHU |
| | | | | | | | min. |
| Height Factor | Basic | 0.78-2.43 | 27.50-37.50 | Starts at 60 ft | 680 | 70% of DU | 25% of IRHU |

## <u>Quality Housing Regulations</u>



Brooklyn Heights, Brooklyn

The optional Quality Housing regulations produce high lot coverage buildings set at or near the street line. Height limitations ensure that these buildings are often more compatible with older buildings in the neighborhood. As an incentive for developers to choose the Quality Housing option outside the Manhattan Core, greater floor area ratio, and therefore, more apartments, is permitted  for buildings on or within 100 feet of a wide street than would be permitted

under height factor regulations. The FAR is 3.0; the maximum base height before setback is 65 feet with a maximum building height of 75 with a qualifying ground floor (70 feet without). On a narrow street (beyond 100 feet of a wide street), the maximum FAR is 2.2; the maximum base height before setback is 45 feet with a maximum building height of 55 feet. The area between a building's street wall and the street line must be planted and the buildings must have interior amenities for the residents pursuant to the Quality Housing Program.

Higher maximum FAR and heights are available for buildings participating in the Inclusionary Housing Program or that provide certain senior facilities.

Off-street parking is generally required for 50 percent of a building's dwelling units, but requirements are lower for income-restricted housing units (IRHU) and are further modified in certain areas, such as within the Transit Zone and the Manhattan Core, or for lots less than 10,000 square feet. Parking can be waived if five or fewer spaces are required.

### Medium-Density Non-Contextual Residence District

| R6 QH | | Lot Area min. | Lot Width min. | Rear Yard min. | Lot Coverage Corner max. | Lot Coverage Other Lot max. | FAR max. | Base Height min.–max. | Building Height max. (w/QGF) | # of Stories max. (w/QGF) | DU Factor | Required Parking Basic min. | Required Parking IRHU min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basic | Narrow Street | 1,700 sf | 18 ft | 30 ft | 100% | 60% | 2.20 | 30-45 ft | 55 ft | n/a | 680 | 50% of DU | 25% of IRHU |
| | Wide Street | | | | | | 3.00 | 40-65 ft | 70 (75) ft | n/a (7) | | | |
| Inclusionary | Narrow Street | | | | | 60% | 2.42 | 40-65 ft | 115 ft | 11 | | | |
| | Wide Street | | | | | | 3.60 | | | | | | |

## R6A



Williamsburg, Brooklyn

R6A is a a contextual district where the Quality Housing bulk regulations are mandatory. These regulations produce high lot coverage, six- to eight-story apartment buildings set at or near the street line. Designed to be compatible with older buildings found in medium-density neighborhoods, R6A districts are mapped in the Bronx, Brooklyn and Queens. Parts of Kingsbridge in the Bronx and Williamsburg in Brooklyn are typical R6A areas.

The floor area ratio (FAR) in R6A districts is 3.0. Above a minimum base height of 40 feet, the building must set back by at least 10 feet on a wide street and 15 feet on a narrow street before rising to its maximum height of 70 feet, or 75 feet if providing a qualifying ground floor. To preserve the traditional streetscape, the street wall of a new building can be no closer to the street line than any adjacent street wall , but need not be farther than 10 feet. The area between a building's street wall and the street line must be planted. R6A buildings must have interior amenities for the residents pursuant to the Quality Housing Program.

Higher maximum FAR and heights are available for buildings participating in the Inclusionary Housing Program or that provide certain senior facilities.

Off-street parking is generally required for 50 percent of a building's dwelling units, but requirements are lower for income-restricted housing units (IRHU) and are further modified in certain areas, such as within the Transit Zone and the Manhattan Core, or for lots less than 10,000 square feet. Parking can be waived if five or fewer spaces are required. Off-street parking is not allowed in front of a building.



New construction under R6A regulations · New construction under R6A regulations · R6A basic envelope · R6A MIH envelope

📄 R6A Regulations

### Medium-Density Contextual Residence District

| R6A | Lot Area | Lot Width | Rear Yard | Lot Coverage Corner | Lot Coverage Other Lot | FAR | Base Height | Building Height | # of Stories | DU Factor | Required Parking Basic | Required Parking IRHU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | min. | min. | min. | max. | | max. | min.-max. (w/QGF) | max. (w/QGF) | max. (w/QGF) | | | |
| **Basic** | 1,700 sf | 18 ft | 30 ft | 100% | 65% | 3.00 | 40–60 (65) ft | 70 (75) ft | n/a (7) | 680 | 50% of DU | 25% of IRHU |
| **Inclusionary** | | | | | | 3.60 | 40–65 ft | 80 (85) ft | 8 | | | |

## R6B



Bedford Stuyvesant, Brooklyn

R6B districts are often traditional row house districts, which preserve the scale and harmonious streetscape of neighborhoods of four-story attached buildings developed during the 19th century. Many of these houses are set back from the street with stoops and small front yards that are typical of Brooklyn's "brownstone" neighborhoods, such as Park Slope, Boerum Hill and Bedford Stuyvesant.

The Floor Area Ratio (FAR) of 2.0 and the mandatory Quality Housing regulations also accommodate apartment buildings at a similar four- to five-story scale. The base height of a new building before setback must be between 30 and 40 feet and the maximum height is 50 feet. For buildings providing a qualifying ground floor, the maximum base height and overall height increase by five feet. Curb cuts are prohibited on zoning lot frontages less than 40 feet. The street wall of a new building, on any lot up to 50 feet wide, must be as deep as one adjacent street wall but no deeper than the other. Buildings must have interior amenities for the residents pursuant to the Quality Housing Program.

Higher maximum FAR are available for buildings participating in the Inclusionary Housing program or that provide certain senior facilities.

Off-street parking is generally required for 50 percent of a building's dwelling units, but requirements are lower for income-restricted housing units (IRHU) and are further modified in certain areas, such as within the Transit Zone and the Manhattan Core, or for lots less than 10,000 square feet. Parking can be waived if five or fewer spaces are required. Off-street parking is not allowed in front of a building.



## R6B Regulations

### Medium-Density Contextual Residence District

| R6B | Lot Area | Lot Width | Rear Yard | Lot Coverage | | FAR | Base Height | Building Height | # of Stories | DU Factor | Required Parking | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Corner | Other Lot | | | | | | Basic | (IRH) |
| | min. | min. | min. | max. | | max. | min.–max. (w/QGF) | max. (w/QGF) | max. (w/QGF) | min. | | min. |
| Basic Inclusionary | 1,700 sf | 18 ft | 30 ft | 100% | 60% | 2.00 2.20 | 30–40 (45) ft | 50 (55) ft | n/a (5) | 680 | 50% of DU | 25% of (IRH) |

**Disclaimer**

The Zoning Reference provides only general zoning information and is not meant to serve as a substitute for the actual regulations which are to be found in the Zoning Resolution.

Items accompanied by this symbol require the free Adobe Acrobat Reader.

Brief explanations of terms in blue italics can be viewed by clicking on the term.





CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**C of O PDF Listing for Property**

Premises: **2408 CLARENDON ROAD BROOKLYN**          BIN: **3119709**   **Block: 5190**   **Lot: 3**

Download the **Adobe Acrobat Reader** if you are unable to open the PDF files

To report a problem with any of these images, please use the **CO Image Problem Form**

**THERE ARE NO CERTIFICATES OF OCCUPANCY ON FILE FOR THIS ADDRESS**

**Back**

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## Property Profile Overview

| | | | |
|---|---|---|---|
| **2408 CLARENDON ROAD** | | **BROOKLYN  11226** | **BIN# 3119709** |
| CLARENDON ROAD | 2408 - 2408 | Health Area : 7410 | Tax Block : 5190 |
| | | Census Tract : 790.02 | Tax Lot : 3 |
| | | Community Board : 317 | Condo : NO |
| | | Buildings on Lot : 1 | Vacant : NO |

**View DCP Addresses...**     **Browse Block**

**View Zoning Documents**     **View Challenge Results**     **Pre - BIS PA**     **View Certificates of Occupancy**

**STOP WORK ORDER EXISTS ON THIS PROPERTY**

| | | | |
|---|---|---|---|
| Cross Street(s): | BEDFORD AVENUE,  EAST 25 STREET | | |
| DOB Special Place Name: | | | |
| DOB Building Remarks: | | | |
| Landmark Status: | | Special Status: | N/A |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Environmental Restrictions: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| | | | |
| Additional BINs for Building: | NONE | | |
| Additional Designation(s): | CONH - HPD CONH PILOT BUILDING | | |
| | | | |
| HPD Multiple Dwelling: | Yes | | |
| Number of Dwelling Units: | 16 | | |

| | |
|---|---|
| **Special District:** | UNKNOWN |

**This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area.** Click here for more information

**Department of Finance Building Classification:**     C1-WALK-UP APARTMENT

**Please Note:** The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | **Total** | **Open** | |
|---|---|---|---|
| **Complaints** | 9 | 0 | **Elevator Records** |
| **Violations-DOB** | 15 | 10 | **Electrical Applications** |
| **Violations-OATH/ECB** | 2 | 1 | **Permits In-Process / Issued** |
| **Jobs/Filings** | 2 | | **Illuminated Signs Annual Permits** |
| **ARA / LAA Jobs** | 2 | | **Plumbing Inspections** |
| **Total Jobs** | 4 | | **Open Plumbing Jobs / Work Types** |
| **Actions** | 2 | | **Facades** |

OR Enter Action Type: [        ]     **Marquee Annual Permits**

OR Select from List:  Select...                    ▾     **Boiler Records**

AND  [ Show Actions ]     **DEP Boiler Information**

**Crane Information**

**After Hours Variance Permits**

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

HPD Building, Registration & Violation    Services [--- Select ---]    Home

---

**The selected address: 2408 CLARENDON ROAD, Brooklyn 11226**
**This building is currently in the Alternative Enforcement Program (AEP).**

**This building has filed records with the New York State Division of Housing and Community Renewal at least one time from 1993 to the present year and may contain one or more regulated apartments.**

**This building is in the CONH Pilot Program.**

| HPD#<br>220781 Active | Range<br>2408-2408 | Block<br>05190 | Lot<br>0003 | CD<br>17 | CensusTract<br>79000 | Stories<br>4 | A Units<br>16 | B Units<br>0 | Ownership<br>PVT | Registration#<br>322319 | Class<br>B |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Other Units**

**Property Owner Registration Information**

**Charges**

**Complaint Status**

**Complaint History**

**Litigation/Case Status**

**Tenant Harassment Report**

**All Open Violations**

**prior year Open Viol.'s**

**Ecertification**

**Overdue Lead Paint Viol. Correction**

**Vacate Orders**

**I-Card Images**

**PROS Online**

**Bed Bugs**

**Map**

## Building Registration Summary Report

Find Apartment# [            ]   [Clear]   [Search]

| Owner | Last Reg Dt<br>Reg Expire Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Head Officer | 12/07/2021<br>09/01/2022 | | PRICE | LAWRENCE | 829 | E. 10TH ST. | 2H | BROOKLYN | NY | 11230 |
| Officer | 12/07/2021<br>09/01/2022 | | PRICE | LAWRENCE | 829 | E. 10TH ST. | 2H | Brooklyn | NY | 11230 |
| Corporation | 12/07/2021<br>09/01/2022 | LAWRENCE PRICE AS RECEIVER | | | 829 | E. 10TH ST. | 2H | BROOKLYN | NY | 11230 |
| Managing Agent | 12/07/2021<br>09/01/2022 | BPC MANAGEMENT CORP. | DOUGLAS | ROYCE | 80 | LIVINGSTON STREET | | Brooklyn | NY | 11201 |

**Open Violations - ALL DATES**
**There are 47 Violations. Arranged by category:  A class: 2   B class: 23    C class: 21   I class: 1**

**For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).**

**To sort the columns, click on their underlined headers below in the blue area.**

| Apt Story | Reported Date,<br>nov ISSUED Date | Hzrd Class | Order no | Violation ID,<br>NOV ID,<br>NOV Type | Violation Description | Status<br>Status Date | Certify By Date<br>Actual Cert. Date |
|---|---|---|---|---|---|---|---|
| 3A<br>3 | 2021/11/13<br>2021/11/17 | B | 623 | 14678945<br>7548725<br>Original | § 27-2056.7 and 27-2056.17 adm code -certify compliance with lead-based paint hazard control requirements during period of unit vacancy by submitting required supporting documentation and affidavits for apartment located at apt 3a, 3rd story, 1st apartment from west at north | NOV SENT<br>2021/11/17 | 2022/01/05 |
| 4 | 2021/11/13<br>2021/11/17 | A | 556 | 14678946<br>7548723<br>Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling at public hall, 4th story | NOV SENT<br>2021/11/17 | 2022/03/06 |
| 4 | 2021/11/13<br>2021/11/17 | B | 502 | 14678947<br>7548724<br>Original | § 27-2005 adm code properly repair with similar material the broken or defective fire retardant material at the ceiling at public hall, 4th story | NOV SENT<br>2021/11/17 | 2022/01/05 |
| All Stories | 2021/11/13<br>2021/11/17 | C | 619 | 14678948<br>7548726<br>Original | § 27-2056.4 adm code- correct failure to notify occupants and/or to investigate lead-based paint hazards. | NOV SENT<br>2021/11/17 | 2021/11/26 |
| 3B | 2021/11/11<br>2021/11/12 | C | 618 | 14677197<br>7543215<br>Original | § 27-2056.7 adm code: correct failure to provide to the department within 45 days of demand all records required to be maintained by owner pursuant to local law 1 of 2004 related to lead-based paint notices, inspections and remediation/abatement activities. | NOV SENT<br>2021/11/12 | 2021/11/21 |

| | Dates | | No. | IDs | Description | Status | Date |
|---|---|---|---|---|---|---|---|
| 2 | 2021/09/21 B<br>2021/09/24 | | 539 | 14579012<br>7488750<br>Original | § 27-2005, 2007 adm code and dept. rules and regulations. remove the encumbrance obstructing egress from fire escapes flower pot at front of the building , 2nd story | NOV SENT<br>2021/09/24 | 2021/11/12 |
| 3B<br>3 | 2021/09/21 B<br>2021/09/24 | | 501 | 14579013<br>7488750<br>Original | § 27-2005 adm code properly repair the broken or defective bell buzzer intercom system in the entrance located at apt 3b, 3rd story, 2nd apartment from west at north | NOV SENT<br>2021/09/24 | 2021/11/12 |
| 3B<br>3 | 2021/09/21 C<br>2021/09/24 | | 530 | 14579014<br>7488753<br>Original | § 27-2005, 2007, 204.1 hmc code: arrange and make self-closing the doors in the entrance located at apt 3b, 3rd story, 2nd apartment from west at north | NOV SENT<br>2021/09/24 | 2021/10/25 |
| 3B<br>3 | 2021/09/21 C<br>2021/09/24 | | 790 | 14579015<br>7488751<br>Original | § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 1; wg to replace = 0; wg to repair = 0; in the entire apartment located at apt 3b, 3rd story, 1st apartment from west at north | NOV SENT<br>2021/09/24 | 2021/10/25 |
| 3B<br>3 | 2021/09/21 B<br>2021/09/24 | | 1503 | 14579016<br>7488750<br>Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). in the entire apartment located at apt 3b, 3rd story, 1st apartment from west at north | NOV SENT<br>2021/09/24 | 2021/11/12 |
| 3B<br>3 | 2021/09/21 B<br>2021/09/24 | | 502 | 14579017<br>7488750<br>Original | § 27-2005 adm code properly repair with similar material the broken or defective wood frame in the entrance located at apt 3b, 3rd story, 1st apartment from west at north | NOV SENT<br>2021/09/24 | 2021/11/12 |
| 3B<br>3 | 2021/09/21 C<br>2021/09/24 | | 569 | 14579018<br>7488752<br>Original | hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 3b, 3rd story, 1st apartment from west at north | NOV LATE<br>2021/11/24 | 2021/10/25<br>2021/11/24 |
| 3B<br>3 | 2021/09/21 B<br>2021/09/24 | | 702 | 14579019<br>7488750<br>Original | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 3b, 3rd story, 1st apartment from west at north | NOV SENT<br>2021/09/24 | 2021/11/12 |
| All Stories | 2021/09/20 C<br>2021/09/22 | 507 * | | 14572989<br>7485663<br>Original | § 27-2005 adm code repair the roof so that it will not leak at ceiling at public hall | NOV SENT<br>2021/09/22 | 2021/10/05 |
| All Stories | 2021/09/20 B<br>2021/09/22 | | 508 | 14572991<br>7485662<br>Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling at public hall | CERT INVALID<br>2021/10/06 | 2021/11/10 |
| 1 | 2021/07/02 B<br>2021/07/06 | 538 * | | 14422526<br>7397239<br>Original | § 27-2005, 2007 adm code remove all encumbrances consisting of household items at public hall, 1st story | NOV SENT<br>2021/07/06 | 2021/08/24 |
| 4 | 2019/12/18 B<br>2019/12/19 | 538 * | | 13508626<br>6767521<br>Original | § 27-2005, 2007 adm code remove all encumbrances consisting of household items at bulkhead at public hall stairs, 4th story | NOV SENT<br>2019/12/19 | 2020/02/06 |
| 4 | 2019/12/18 C<br>2019/12/19 | | 530 | 13508629<br>6767522<br>Original | § 27-2005, 2007, 204.1 hmc code: arrange and make self-closing the doors bulkhead to roof at public hall stairs, 4th story | NOV SENT<br>2019/12/19 | 2020/01/14 |
| 4 | 2019/01/17 B<br>2019/01/18 | 538 * | | 12860806<br>6366442<br>Original | § 27-2005, 2007 adm code remove all encumbrances consisting of household items at public hall, 4th story | NOT COMPLIED<br>2019/06/18 | 2019/03/08<br>2019/02/01 |
| 2B<br>2 | 2018/12/06 B<br>2018/12/10 | | 530 | 12793792<br>6332758<br>Original | § 27-2005, 2007, 204.1 hmc code: arrange and make self-closing the doors … in the entrance located at apt 2b, 2nd story, 2nd apartment from east at south | 1 NO ACCESS<br>2019/06/18 | 2019/01/28 |
| 2B<br>2 | 2018/11/27 B<br>2018/11/29 | | 530 | 12775808<br>6323542<br>Original | § 27-2005, 2007, 204.1 hmc code: arrange and make self-closing the doors … in the entrance located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS<br>2019/06/18 | 2019/01/17 |
| 2B<br>2 | 2018/11/27 C<br>2018/11/29 | | 508 | 12775831<br>6323543<br>Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and all walls in the 2nd room from north at east located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS<br>2019/06/18 | 2018/12/12 |
| 4C<br>4 | 2018/10/23 C<br>2018/10/26 | | 617 | 12712128<br>6283634<br>Original | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st door from south at west wall in the bathroom located at apt 4c, 4th story, 1st apartment from east at south | OPEN<br>2019/06/17 | 2018/11/28 |
| 1B<br>1 | 2018/10/16 B<br>2018/10/19 | | 508 | 12667883<br>6256519<br>Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and all walls in the 2nd room from north located at apt 1b, 1st story, 1st apartment from east at south | 1 NO ACCESS<br>2019/06/18 | 2018/12/07 |
| 2B<br>2 | 2018/01/19 B<br>2018/01/22 | | 1503 | 12201561<br>5996867<br>Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS<br>2019/06/18 | 2018/03/12<br>2018/03/15 |
| 2B<br>2 | 2018/01/19 B<br>2018/01/22 | | 702 | 12201576<br>5996867<br>Original | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS<br>2019/06/18 | 2018/03/12<br>2018/03/15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3B 3 | 2018/01/19 B 2018/01/22 | 530 | 12201641 5996869 Original | § 27-2005, 2007, 204.1 hmc code: arrange and make self-closing the doors .. in the entrance located at apt 3b, 3rd story, 2nd apartment from west at north | NOT COMPLIED 2019/06/18 | 2018/03/12 2018/04/23 |
| 2B 2 | 2018/01/19 C 2018/01/22 | 508 | 12201699 5996868 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the kitchen located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2018/02/04 2018/04/23 |
| 1C 1 | 2017/12/29 B 2018/01/09 | 508 | 12165549 5980660 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at north wall in the 4th room from north located at apt 1c, 1st story, 2nd apartment from east at south | 1 NO ACCESS 2019/06/18 | 2018/02/27 |
| 4B 4 | 2016/11/21 B 2016/11/23 | 501 | 11533700 5613825 Original | § 27-2005 adm code properly repair the broken or defective wood window frame in the 2nd room from north located at apt 4b, 4th story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2017/01/11 2018/01/30 |
| 4B 4 | 2016/11/21 C 2016/11/23 | 501 | 11533726 5613826 Original | § 27-2005 adm code properly repair the broken or defective improperly counter balanced upper and lower window sashes in the kitchen located at apt 4b, 4th story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2016/12/06 2018/01/30 |
| 3B 3 | 2016/04/26 B 2016/05/02 | 702 | 11213506 5420371 Original | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 3b, 3rd story, 2nd apartment from west at north | NOT COMPLIED 2019/06/18 | 2016/06/20 2018/02/07 |
| 3B 3 | 2016/04/26 B 2016/05/02 | 1503 | 11213507 5420371 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt 3b, 3rd story, 2nd apartment from west at north | NOT COMPLIED 2019/06/18 | 2016/06/20 2018/02/07 |
| 2D 2 | 2012/07/17 C 2012/07/23 | 583 | 9507543 4453995 Original | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the kitchen located at apt 2d, 2nd story, 2nd apartment from east at south | NOT COMPLIED 2019/06/18 | 2012/08/03 |
| 2D 2 | 2012/07/17 C 2012/07/23 | 508 | 9507547 4453995 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the kitchen located at apt 2d, 2nd story, 2nd apartment from east at south | NOT COMPLIED 2019/06/18 | 2012/08/03 |
| 2A 2 | 2011/11/28 A 2011/11/30 | 554 | 9223231 4306983 Original | § 27-2005 adm code paint metal in accordance with dept. regulation the 1st radiator from north at east wall in the 1st room from north at east located at apt 2a, 2nd story, 1st apartment from west at north | NOT COMPLIED 2019/06/18 | 2012/03/18 |
| 4B 4 | 2011/05/26 B 2011/05/31 | 508 | 8961613 4182605 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color south wall in the 2nd room from north located at apt 4b, 4th story, 1st apartment from north at east | 1 NO ACCESS 2019/06/18 | 2011/07/19 |
| 2B 2 | 2008/10/25 C 2008/10/30 | 617 | 7544836 3495323 Original | § 27-2056.6 adm code - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) north wall, west wall in the kitchen located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2008/11/30 |
| 2B 2 | 2008/10/25 C 2008/10/30 | 617 | 7544837 3495323 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st door frame from south at west wall, 1st window frame from north at east wall in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2008/11/30 |
| 2B 2 | 2008/10/14 C 2008/10/17 | 617 | 7523647 3486023 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st door frame from south at west wall, 1st window frame from north at east wall in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2008/11/17 |
| 2B 2 | 2008/10/14 C 2008/10/17 | 617 | 7523648 3486023 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st door frame from east at south wall, east wall, west wall in the 1st room from north at west located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2008/11/17 |
| 2B 2 | 2008/10/14 C 2008/10/17 | 617 | 7523649 3486023 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) north wall, west wall in the kitchen located at apt 2b, 2nd story, 2nd apartment from west at north | 1 NO ACCESS 2019/06/18 | 2008/11/17 |
| 2B 2 | 2008/08/23 B 2008/09/05 | 530 | 7447984 3456693 Original | § 27-2005, 2007, 204.1 hmc code: arrange and make self-closing the doors ***the entrance door.**** in | 1 NO ACCESS 2019/06/18 | 2008/10/24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | the foyer located at apt 2b, 2nd story, 2nd apartment from west at north | | |
| 1A 1 | 2007/12/28 C 2008/01/03 | 617 | 7079447 3180784 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st door frame from south at west wall in the 2nd room from north located at apt 1a, 1st story, 1st apartment from north at east | 1 NO ACCESS 2019/06/18 | 2008/02/03 |
| 2A 2 | 2007/07/18 C 2007/07/20 | 616 | 6843337 3029495 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) 2nd riser from west at north wall in the bathroom located at apt 2a, 2nd story, 1st apartment from west at north | DEFECT LETTER 2019/06/18 | 2007/08/20 |
| 2A 2 | 2007/07/18 C 2007/07/20 | 616 | 6843342 3029495 Original | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) 1st radiator from east at south wall in the 2nd room from north located at apt 2a, 2nd story, 1st apartment from west at north | NOT COMPLIED 2019/06/18 | 2007/08/20 |
| | 2016/02/01 I - | 729 | 11096964 | §27-2153 adm code the premises has been selected to participate in the alternative enforcement program which may result in building-wide inspections, fees, and extensive repair work to correct violations and underlying conditions. charges for repair work done pursuant to this order, if not paid, will become liens on the property | INFO NOV SENT 2016/02/02 | - |

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007111300250001001E1A6F

| | | |
|---|---|---|
| **Document ID: 2007111300250001** | Document Date: 11-12-2007 | Preparation Date: 11-13-2007 |

Document Type: DEED
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| SAFEWAY ABSTRACT CORP.(PICK UP RSR) AS AGENT FOR STEWART TITLE SAK-4200 1732 SUNRISE HIGHWAY MERRICK, NY 11566 516-632-7170 swarner@safewayabstract.com | KENSINGTON REALTY GROUP CORP 1454 FLATBUSH AVENUE BROOKLYN, NY 11234 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5190 | 3 | Entire Lot | 2408 CLARENDON ROAD |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel____ Page_____ *or* File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| KENINGSTON REALTY GROUP LLC 2408 CLARENDON ROAD BROOKLYN, NY 11210 | KENSINGTON REALTY GROUP CORP 2408 CLARENDON ROAD BROOKLYN, NY 11210 |

### FEES AND TAXES

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 165.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed     11-20-2007 12:11
City Register File No.(CRFN):
         **2007000577779**

*Annette M Hill*

*City Register Official Signature*

Bargain and Sale Deed, with Covenant against Grantor's Acts – Individual and Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made the 12ᵗʰ day of Nov. , in the year 2007

**BETWEEN**
**Kensington Realty Group LLC**

residing at 2408 Clarendon Road, Brooklyn, New York

party of the first part, and

**Kensington Realty Group Corp**
residing at 2408 Clarendon Road, Brooklyn, New York



parties of the second part,

**WITNESSETH,** that the party of the first part, in consideration of        dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:**

**BEGINNING at a point on the southerly side of Clarendon Road, distant 40 feet easterly from the corner formed by the intersection of the southerly side of Clarendon Road with the easterly side of Bedford Avenue;**

**RUNNING THENCE southerly parallel with Bedford Avenue and part of the distance through a party wall, 100 feet;**

**THENCE easterly parallel with Clarendon Road, 40 feet;**

**THENCE northerly parallel with Bedford Avenue, 100 feet to the southerly side of Clarendon Road; and**

**THENCE westerly along the southerly side of Clarendon Road, 40 feet to the point or place of BEGINNING.**

Premises being known as 2408 Clarendon Road, Brooklyn, New York

**This is a correction deed correcting the name deed dated 07/20/2006, recorded 07/31/2006 as CRFN 2006000431112. This is to correct Kensington Realty Group LLC to Kensington Realty Group Corp.**

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.
AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

**STATE OF NEW YORK, COUNTY OF** Kings
On the 12 day of November in the year 2007,
before me, the undersigned, personally appeared
**Victoria Stennett Bailey**

, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s)
whose name(s) is (are) subscribed to the within
instrument and acknowledged to me that h/she/they
executed the same in his/her/their capacity(ies), and that
by his/her/their signatures(s) on the instrument, the
individual(s), or the person upon behalf of which the
individual(s) acted, executed the instrument.

*Maria DeLosSantos*
*(signature and office of individual taking acknowledgement)*

Notary Public - State of New York
NO. 01DA6000918
Qualified in Kings County
My Commission Expires 6-23-11

SEAL

**STATE OF**                    **COUNTY OF**
On the        day of                    in the year
before me, the undersigned, a Notary Public in and for
said State, personally appeared

, the subscribing witness to the foregoing instruments,
with whom I am personally acquainted, who, being by
me duly sworn, did depose and say that he/she/they
reside(s) in

that he/she/they know(s)

to be the individual described in and who executed the
foregoing instrument; that said subscribing witness was
present and saw said

execute the same; and that said witness at the same time
subscribed his/her/their name(s) as a witness thereto

*[add the following if the acknowledgement is taken outside NY State]*
and that said subscribing witness made such appearance
before the undersigned in the *(insert the city or other political
subdivision and the State or country or other place the proof was
taken).*

_____
*(signature and office of individual taking acknowledgement)*

**STATE OF**
On the        day of                    in the year        ,
Before me, the undersigned personally appeared

, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s)
whose name(s) is (are) subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their capacity(ies) and that
by his/her/their signatures(s) on the instruments, the
individual(s) acted, executed the instrument *[add the
following if the acknowledgement is taken outside NY State]*

and that the subscribing witness made such appearance
before the undersigned in the *(insert the city or other political
subdivision and the State of Country or other place the
acknowledgement was taken.)*

_____
*(signature and office of individual taking acknowledgement)*

**STATE OF**                    **, COUNTY OF**
On the        day of                    in the year
Before me personally came

To be known, who, being by me duly sworn, did depose
and say that   he resides at
that   he is the
of
the corporation described in and which executed the
foregoing instrument; that   he knows the seal of said
corporation;  that the seal affixed to said instrument is
such corporate seal;  that it was so affixed by order of the
board of directors of said corporation and that   he signed
h       name thereto by like order.

_____
*(signature and office of individual taking acknowledgement)*

Section
Block      5190
Lot        3
County or Town   Kings
Street Address   2408 Clarendon Road, Brooklyn, New York

**Bargain and Sale Deed**
**WITH COVENANT AGAINST GRANTOR'S ACTS**

Title No.  SAK-4200

**Kensington Realty Group LLC**
**To**
**Kensington Realty Group Corp.**

Recorded at Request of Safeway Abstract Corp.

RETURN BY MAIL TO:

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2007111300250001001SD4EE

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

Document ID: 2007111300250001    Document Date: 11-12-2007    Preparation Date: 11-13-2007
Document Type: DEED

**ASSOCIATED TAX FORM ID: 2007072500209**

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**C1. County Code** |     |     | **C2. Date Deed Recorded** |     | / |     | / |     |
Month   Day   Year

**C3. Book OR** |     |     |     | **C4. Page** |     |     |     |

**C5. CRFN** |     |     |

**REAL PROPERTY TRANSFER REPORT**
**STATE OF NEW YORK**
**STATE BOARD OF REAL PROPERTY SERVICES**

# RP - 5217NYC
(Rev 11/2002)

## PROPERTY INFORMATION

**1. Property Location**  2408  CLARENDON ROAD    BROOKLYN    11226
STREET NUMBER    STREET NAME    BOROUGH    ZIP CODE

**2. Buyer Name**  KENSINGTON REALTY GROUP CORP
LAST NAME / COMPANY    FIRST NAME

LAST NAME / COMPANY    FIRST NAME

**3. Tax Billing Address**  Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY    FIRST NAME

STREET NUMBER AND STREET NAME    CITY OR TOWN    STATE    ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**  1  # of Parcels **OR** ☐ Part of a Parcel

**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

**5. Deed Property Size**  ____ X ____ FRONT FEET   DEPTH   **OR** ____ ACRES

Check the boxes below as they apply:
**6.** Ownership Type is Condominium ☐
**7.** New Construction on Vacant Land ☐

**8. Seller Name**  KENINGSTON REALTY GROUP LLC
LAST NAME / COMPANY    FIRST NAME

LAST NAME / COMPANY    FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☑ Apartment | H ☐ Community Service | J ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date**  10 / 2 / 2007
Month   Day   Year

**11. Date of Sale / Transfer**  11 / 12 / 2007
Month   Day   Year

**12. Full Sale Price** $  0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A ☐ | Sale Between Relatives or Former Relatives |
| B ☐ | Sale Between Related Companies or Partners in Business |
| C ☐ | One of the Buyers is also a Seller |
| D ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E ☐ | Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F ☐ | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H ☐ | Sale of Business is Included in Sale Price |
| I ☐ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J ☑ | None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**  C  1    **16. Total Assessed Value** (of all parcels in transfer)

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifier(s) )

BROOKLYN 5190 3

## CERTIFICATION   I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
BUYER SIGNATURE    11-12-07
DATE

STREET NUMBER    STREET NAME (AFTER SALE)

CITY OR TOWN    STATE    ZIP CODE

**BUYER'S ATTORNEY**
LAST NAME    FIRST NAME

AREA CODE    TELEPHONE NUMBER

**SELLER**
SELLER SIGNATURE    11-12-07
DATE

2007072500209201

<table>
<tr><td>CERTIFICATION</td><td>I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.</td></tr>
</table>

|  | BUYER |  |  | BUYER'S ATTORNEY |  |
|---|---|---|---|---|---|
| BUYER SIGNATURE | | 11-12-07 DATE | LAST NAME | | FIRST NAME |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | |
| CITY OR TOWN | | STATE | ZIP CODE | SELLER SIGNATURE | SELLER | 11-12-07 DATE |

2007072500209201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
                  ) SS.:
County of Kings )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

|  |  |  |
|---|---|---|
| 2408 CLARENDON ROAD | | |
| **Street Address** | | **Unit/Apt.** |
| BROOKLYN | New York, 5190 | 3 (the "Premises"); |
| **Borough** | **Block** | **Lot** |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| **Name of Grantor** (Type or Print) | **Name of Grantee** (Type or Print) |
|---|---|
| **Signature of Grantor** | **Signature of Grantee** |

Sworn to before me
this 12 date of NOV 19 2007

Sworn to before me
this 12 date of NOV 19 2007

MARIA DALESSANDRO
Notary Public - State of New York
NO. 01DA5080918
Qualified in Kings County
My Commission Expires 06/23-11

MARIA DALESSANDRO
Notary Public - State of New York
NO. 01DA5080918
Qualified in Kings County
My Commission Expires 06/23-11

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

( 1 )



# NOTICE OF PROPERTY VALUE
## Tax Year 2021-22
## (This is not a bill.)

**Department of Finance**

#725849321011201#

KENSINGTON REALTY GROUP CORP.
C/O COMMERCIAL REALTY RESOLUT
401 FRANKLIN AVE. # SUI
GARDEN CITY NY 11530-5942

**January 15, 2021**

**Owner**
KENSINGTON REALTY GROUP CORP

**Property Address**
2408 CLARENDON ROAD 20

**Borough:** 3  **Block:** 5190  **Lot:** 3

**Tax Class:** 2  **Building Class:** C1  **Units:** 16 Residential

---

## YOUR NOTICE OF PROPERTY VALUE (NOPV) AT A GLANCE

**2021-22 Market Value:**          $755,000

**2021-22 Assessed Value:**        $339,750

**Your property tax exemptions:**   None

**See below for an estimate of your 2021-22 property tax.**

---

## WHAT IS THIS NOTICE?

This is your annual notice of property value, or NOPV. **It is not a bill, and no payment is required**. This notice will:

- Inform you of the assessed value of your property for tax year 2021-22, and tell you how to challenge it if you believe there is a mistake.
- Explain how property taxes are calculated.
- Provide an estimate of your property tax for tax year 2021-22.

Please keep a copy of this notice with your records. You may also view your NOPV and property tax bills online at www.nyc.gov/nopv.

## ESTIMATED 2021-22 PROPERTY TAX

We cannot calculate your 2021-22 property tax until the new tax rate is established by the city council. Until then, you will pay the 2020-21 rate. The table below estimates the amount you will owe by multiplying the taxable value of your property by the current tax rate of 12.267%. This table is provided for informational purposes only; the actual amount you owe may differ.

Please note that property tax abatements, including the coop-condo abatement, are not included in this estimate. If you receive any abatements, they will be subtracted from your property taxes. Check your July tax bill for the value of any abatements you receive.

| Year | Taxable Value | | Tax Rate | | Estimated Property Tax |
|------|--------------|---|----------|---|------------------------|
| 2021-22 | $339,750 | x | 0.12267 | = | $41,677.13 |

## KEY DATES

**March 1, 2021**
Last day to challenge your assessed value.
(*See page 2.*)

**March 15, 2021**
Last day to apply for a tax exemption.
(*See page 3.*)

**April 1, 2021**
Last day to request review of your market value.
(*See page 2.*)

**July 1, 2021**
Tax year begins.

**November 2021**
2021-22 tax rate is determined.

**To learn more, visit**

**www.nyc.gov/nopv**

1405.01 E
40
181349

# ABOUT YOUR PROPERTY TAXES

Property taxes are determined using a complex formula that takes into account many different amounts and calculations. Visit www.nyc.gov/nopv for more information about property valuation and taxation.

The Department of Finance estimates that as of January 5, 2021, the market value for this property is $755,000.

We estimate your property's market value using the income approach. Market value is determined by dividing the net operating income by the overall capitalization rate.

The following factors are used by the Department of Finance to determine market value:

Estimated Building Gross Square Footage: 12,960
Estimated Gross Income: $166,792
Estimated Expenses: $57,881

Net Operating Income: We subtract estimated expenses from estimated gross income, resulting in a net operating income of $108,911.

Base capitalization rate: We used a capitalization rate of 8.90% which is the Department of Finance's estimate of the rate of return that an ordinary investor would expect on their investment in this type of property.

Overall capitalization rate: We add an effective tax rate of 5.52% to account for taxes due. Added together your overall capitalization rate is 14.42%.

Visit www.nyc.gov/nopv for more information.

---

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion unless you are exempt by law. You must also file information about any ground or second floor commercial units on the premises, even if you are exempt from filing an RPIE statement. The deadline to file is June 1, 2021. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid. Visit www.nyc.gov/rpie for more information.

---

**How You Will Be Billed:**

Property tax bills are mailed quarterly for properties with an assessed value of $250,000 or less and semiannually for properties assessed at more than $250,000. If you pay your property taxes through a bank, mortgage servicing company, or co-op board, you will not receive a bill from the Department of Finance unless you are responsible for other charges, such as sidewalk or emergency repair charges.

---

## WHAT TO DO IF YOU DISAGREE WITH THESE VALUES

| Challenge Your Market Value<br>with the Department of Finance | Challenge Your Assessed Value<br>with the New York City Tax Commission |
|---|---|
| If you believe the Department of Finance has made an error in determining your market value, you may submit a "Request for Review" form. The form is available at www.nyc.gov/nopv, or by calling 311.<br><br><br>**Deadline: April 1, 2021** | You have the right to challenge your assessed value by appealing to the New York City Tax Commission, an independent agency that is separate from the Department of Finance. The Tax Commission has the authority to reduce your property's assessed value, change its tax class, and adjust your tax exemptions. The Tax Commission cannot change your market value, property description, or building class.<br><br>Your application must be received by the filing deadline. To access Tax Commission appeal forms, visit www.nyc.gov/taxcommission. You may also visit a Department of Finance business center (locations at www.nyc.gov/nopv). For more information, call 311.<br><br>**Deadline: March 1, 2021** |

# PLEASE REVIEW: YOUR PROPERTY DETAILS

The Department of Finance has the following information on record for your property.  Please review this information and inform us of any errors by filing a "Request to Update" form, available at www.nyc.gov/nopv or by calling 311.

**Owner(s):** KENSINGTON REALTY GROUP CORP　　　　　**Building Class:** C1 (Walk-up apartments)

| | |
|---|---|
| **Borough:** 3 (Brooklyn) | **Building Category:** RR31 |
| **Block:** 5190 | **Building Sub-Category:** O |
| **Lot:** 3 | |

| | | | |
|---|---|---|---|
| **Number of Buildings:** | 1 | **Gross Square Footage:** | 12,960 |
| **Number of Stories:** | 4.00 | **Number of Residential Units:** | 16 |
| **Structure Type:** | Walkup Apt | **Gross Residential Square Footage:** | 12,960 |
| **Grade:** | C+ Grade | **Number of Commercial Units:** | 0 |
| **Construction Type:** | Masonry | **Gross Commercial Square Footage:** | 0 |
| **Primary Zoning:** | R6 | **Year Built:** | 1931 |

## WHAT'S CHANGED:  COMPARING TAX YEARS 2020-21 AND 2021-22

| | Current Year (2020-21) | Next Year (2021-22) | Change |
|---|---|---|---|
| **Market Value** | $837,000 | $755,000 | -$82,000 |
| **Assessment Percentage** | 45% | 45% | -- |
| **Actual Assessed Value** | $376,650 | $339,750 | -$36,900 |
| **Transitional Assessed Value** | $350,190 | $353,880 | +$3,690 |
| **Exemption Value** | $0 | $0 | +$0 |
| **Taxable Value** | $350,190 | $339,750 | -$10,440 |

- **Market value** is the Department of Finance's estimated value for your property.
- **Assessment percentage** is a fixed percentage of market value. For class 2 properties, it is 45%.
- **Actual assessed value** is calculated by multiplying your market value by the assessment percentage.
- Changes to your assessed value are phased in over a five-year period. The **transitional assessed value** represents the changes being phased in for the coming tax year.
- **Exemption value** is the amount of the reduction in your assessed value as a result of any property tax exemptions you receive.  The value shown above is your actual exemption value, but a transitional exemption value may be used to calculate your taxable value.
- **Taxable value** is the lower of the actual or transitional assessed value, minus the actual or transitional exemption value.

## HOMEOWNER TAX EXEMPTIONS

New York City offers tax breaks known as exemptions to seniors, veterans, clergy members, people with disabilities, and others. In addition to reducing your taxes, many exemptions can keep you out of the lien sale.  See the enclosed sheet for more information about the lien sale.

The deadline to apply for homeowner exemptions is March 15, 2021. For more information, visit www.nyc.gov/nopv or call 311.

New York State offers a STAR benefit that covers many homeowners and an Enhanced STAR benefit for seniors. If you applied with the state for the STAR or Enhanced STAR credit after March 15, 2015, the credit will not appear on this notice. Visit www.tax.ny.gov/star for more information.

## COOP-CONDO TAX ABATEMENT

Owners of cooperative and condominium units can receive an abatement that will help them save money on their property taxes. Your unit must be in an eligible building and it must be your primary residence.

Your managing agent or board of directors must apply on your behalf and certify that the unit is your primary residence. The deadline is February 16, 2021. Please contact your managing agent or board of directors with any questions.

If you need additional information, or if you do not have a managing agent, contact the Department of Finance at www.nyc.gov/contactcoopabat, or call 311.

# HOW TO GET HELP

## CONTACT THE DEPARTMENT OF FINANCE

If you have questions about any of the information in this notice, contact the New York City Department of Finance:

**Online**: www.nyc.gov/nopv, or attend a virtual Department of Finance outreach event (details below)

**Phone**: Dial 311. (Outside NYC or for relay service, call 212-639-9675.)

**Mail**: NYC Department of Finance
Correspondence Unit
1 Centre St, 22nd Fl
New York, NY 10007

## DEPARTMENT OF FINANCE OUTREACH EVENTS

You can attend a virtual outreach presentation to learn more about this notice. You have the option to attend online or by phone.

For more information about the presentations, including how to register, visit www.nyc.gov/nopv or call 311.

| MORNING EVENTS (10 A.M.) | AFTERNOON EVENTS (4 P.M.) |
|---|---|
| February 2 | February 4 |
| February 9 | February 11 |
| February 16 | February 18 |
| February 23 | February 25 |

## OFFICE OF THE TAXPAYER ADVOCATE

If you have made a reasonable effort to resolve a tax issue with the Department of Finance but feel that you have not received a satisfactory response, the Office of the Taxpayer Advocate can help. For assistance, visit www.nyc.gov/taxpayeradvocate and complete form DOF-911, "Request for Help from the Office of the Taxpayer Advocate."

**Phone**: Dial 311. (Outside NYC or for relay service, call 212-639-9675.)
**Mail**: NYC Office of the Taxpayer Advocate, 375 Pearl Street, 26th Floor, New York, NY 10038

**If due to a disability you need an accommodation in order to apply for and receive a service or participate in a program offered by the Department of Finance, please contact the Disability Service Facilitator at www.nyc.gov/contactdofeeo or by calling 311.**



# Property Tax Bill
# Quarterly Statement
Activity through November 20, 2021

**Owner name:** KENSINGTON REALTY GROUP CORP
**Property address:** 2408 CLARENDON RD. APT. 20
**Borough, block & lot:** BROOKLYN (3), 05190, 0003

**Mailing address:**
C/O COMMERCIAL REALTY RESOLUT
KENSINGTON REALTY GROUP CORP.
401 FRANKLIN AVE. # SUI
GARDEN CITY NY 11530-5942

| | |
|---|---|
| Outstanding Charges | $1,054.96 |
| New Charges | $21,049.86 |
| **Amount Due** | **$22,104.82** |

*Please pay by January 3, 2022*

PTS - LD
1400.01
40 - 1 - 2
180519

---



**PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  3-05190-0003**

### Pay Today The Easy Way
### nyc.gov/payonline

| | |
|---|---|
| **Total amount due by January 3, 2022 if you still have a mortgage** | $1,374.96 |
| **Total amount due by January 3, 2022 if you no longer have a mortgage** | $22,104.82 |
| **Amount you may pay by January 3, 2022 if you choose to pay early** | $1,574.96 |
| **If you no longer have a mortgage and want to pay everything, please pay** | $22,304.82 |

**Amount enclosed:**

#898698921112001#

C/O COMMERCIAL REALTY RESOLUT
KENSINGTON REALTY GROUP CORP.
401 FRANKLIN AVE. # SUI
GARDEN CITY NY 11530-5942

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8986989211120  01  3051900003  0000002210482  000000157496  220103312022000      2



**Statement Details**

November 20, 2021
Kensington Realty Group Corp
2408 Clarendon Rd. Apt. 20
3-05190-0003
Page 2

| Previous Charges | Amount |
|---|---|
| **Total previous charges including interest and payments** | **$1,054.96** |

| Current Charges | Activity Date | Due Date | | Amount |
|---|---|---|---|---|
| Finance-Property Tax | | 01/01/2022 | | $20,838.58 |
| Credit Adjustment | 01/01/2022 | | | $-108.72 |
| **Rent Stabilization** | **# Apts** | | **RS fee identifiers** | |
| Rent Stabilization Fee- Chg | 16 | 01/01/2022 | 32231900 | $320.00 |
| **Total current charges** | | | | **$21,049.86** |

| Tax Year Charges Remaining | Activity Date | Due Date | Amount |
|---|---|---|---|
| HPD-Alt Enforcement Pgm Servic- Fee | | 04/01/2022 | $200.00 |
| **Total tax year charges remaining** | | | **$200.00** |

**How We Calculated Your Property Tax For July 1, 2021 Through June 30, 2022**

| | Overall Tax Rate | Taxes |
|---|---|---|
| Tax class 2 - Residential More Than 10 Units | | |
| Original tax rate billed | 12.2670% | |
| New Tax rate | 12.2350% | |
| Estimated Market Value $755,000 | | |
| **Billable Assessed Value** | **$339,750** | |
| **Taxable Value** | $339,750 x 12.2350% | |
| **Tax Before Abatements and STAR** | $41,568.44 | **$41,568.44** |
| **Annual property tax** | | **$41,568.44** |
| **Original property tax billed in June 2021** | | **$41,677.16** |
| **Change In Property Tax Bill Based On New Tax Rate** | | **$-108.72** |

Please note that property tax bills due in July and October of 2021 are calculated using the 2021 tax rates. Property tax bills due in January and April of 2022 will be calculated using the 2022 tax rates.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Home banking payment instructions:

1. **Log** into your bank or online bill pay website.
2. **Add** the new payee: NYC DOF Property Tax. Enter your account number, which is your boro, block and lot, as it appears here: 3-05190-0003 . You may also need to enter the address for the Department of Finance. The address is P.O. Box 680, Newark NJ 07101-0680.
3. **Schedule** your online payment using your checking or savings account.

### Did Your Mailing Address Change?
If so, please visit us at **nyc.gov/changemailingaddress** or call **311.**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.





**Statement Details**

November 20, 2021
Kensington Realty Group Corp
2408 Clarendon Rd. Apt. 20
3-05190-0003
Page 3

Please pay your bill on time and in full to avoid being charged interest. For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

Please call 311 to speak to a representative to make a property tax payment by telephone.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion unless you are exempt by law. You must also file information about any ground or second floor storefront units on the premises, even if you are exempt from filing an RPIE statement. RPIE filers whose properties have an actual assessed value of $750,000 or greater will be required to file rent roll information. The deadline to file is June 1, 2022. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid. Visit www.nyc.gov/rpie for more information.

Under the New York City Housing Maintenance Code ("HMC") Article 8, Subchapter 5, certain charges and fees imposed by the Department of Housing Preservation and Development ("HPD") that appear on this statement are enforced as tax liens. **If you fail to pay these HPD charges or fees by their due date, interest will be assessed, and the charges or fees will be subject to tax enforcement.** Under HMC §§27-2129, 27-2146 and the Rules of the City of New York (Title 28, Chapter 17), you may challenge an Emergency Repair or Demolition charge, an Alternative Enforcement Program (aka AEP) charge or fee, or an HPD inspection fee (authorized by HMC §27-2115(f)(8) or (k)(1)), by sending a written objection addressed to HPD s Research and Reconciliation Unit ("R & R"). **A written objection must be received by R & R before the date that the charge or fee becomes due and payable; otherwise, it will not be reviewed by HPD.** For more information on challenging a charge or fee, contact R & R at (212) 863-6020 or by e-mail at hpderp@hpd.nyc.gov.

The above referenced premises is a participant in the Department of Housing Preservation and Alternative Enforcement Program (AEP) and/or was previously a participant in AEP. Inspections and/or repairs may have been performed by HPD while the premises was in AEP, which may have resulted in AEP charges and/or AEP fees being assessed. Under NYC Administrative Code §27-2153, these AEP charges and fees become a tax lien against the premises and must be paid promptly when owed. If you have any questions about AEP, call (212) 863-8262.

If you would like a payment agreement for your outstanding property taxes, we now offer a monthly payment agreement as well as the semi-annual and quarterly agreements.



## 2408 CLARENDON ROAD #20

**Borough: BROOKLYN**
**Block: 5190 Lot: 3**

## 2021 - 2022 Final Assessment

| | |
|---|---|
| Final Assessment Roll for | 2021-2022 | City of New York |
| Taxable Status Date | January 5, 2021 |
| | EXPLANATION OF ASSESSMENT ROLL |
| Owner Name | KENSINGTON REALTY GROUP CORP |
| Property Address | 2408 CLARENDON ROAD #20 11226 |
| Billing Name and Address | |

| | |
|---|---|
| Tax Class | 2 |
| Building Class | C1 - OVER SIX FAMILIES WITHOUT STORES |

## Property Owner(s)

KENSINGTON REALTY GROUP CORP

## Land Information

| | |
|---|---|
| Lot Size | |
| Frontage (feet) | 40.00 |
| Depth (feet) | 100.00 |
| Land Area (sqft) | 4,000 |
| Regular / Irregular | Regular |
| Corner | |
| Number of Buildings | 1 |
| Building Size | |
| Frontage (feet) | 40.00 |
| Depth (feet) | 90.00 |
| Stories | 4 |
| Extension | N |

## Assessment Information

| Description | Land | Total |
|---|---|---|
| ESTIMATED MARKET VALUE | 200,000 | 755,000 |
| MARKET AV | 90,000 | 339,750 |
| MARKET EX | | 0 |
| TRANS AV | 90,000 | 353,880 |
| TRANS EX | | 0 |

## Taxable/Billable Assessed Value

| | Assessed Value |
|---|---|
| Subject To Adjustments, Your 2021/22 Taxes Will Be Based On | 339,750 |

**Market Value History**

| Tax Year | Market Value |
|----------|--------------|
| 2021 - 2022 | 755,000 |
| 2020 - 2021 | 837,000 |
| 2019 - 2020 | 786,000 |
| 2018 - 2019 | 786,000 |
| 2017 - 2018 | 768,000 |

**Note**

For more information about how your property taxes are calculated, visit
http://nyc.gov/assessments.

<h1 style="text-align:center">Appraisal Qualifications<br>Of<br>Theodore Stavropoulos</h1>

---

**Professional Experience**
*06/2005 – Present*

**Emigrant Funding Corporation**                                         **New York, NY**
A subsidiary of Emigrant Savings Bank
*Commercial Real Estate Appraiser*

Assignments include: residential, mixed-use and commercial properties, rental and cooperative apartment buildings, small industrial properties, and retail strip centers.  Assignments are concentrated in the Tri-State Area

- Prepare narrative appraisal reports of income producing properties to determine fair market value.  These reports are used for mortgage financing and property management
- Project income and expenses as well as market rents for properties
- Determine applicable capitalization rates and gross income multipliers
- Perform physical inspection of properties
- Project and present value of tax abatements and exemptions
- Conduct market studies of select neighborhoods
- Review internal and external appraisals for mortgage financing

**Education**
*09/1989*

**St. John's University**                                                     **Jamaica, NY**
Bachelor of Science in Business Management

**Professional Education**

**New York University School of Continuing & Professional Studies**       **New York, NY**
Real Estate Institute Certificate / Real Estate Studies Program (08/2002)
New York Real Estate Salesperson's Course (45 hours) – (04/1998)

- R1 – Introduction to Real Estate Appraisal
- R2 – Valuation Principles and Procedures
- G1 – Introduction to Income Property Valuation
- G2 – Principals of Income Property Appraising
- G3 – Applied Income Property Valuation
- AQ-1 – Fair Housing and Fair Lending; Environmental Issues
- National USPAP (15 Hours)

**Professional Affiliations**        Associate Member Appraisal Institute

**License**        Certified General Real Estate Appraiser
State of New York Certificate # 46000048560
State of New Jersey Certificate # 42RG00218200
State of Pennsylvania Certificate # GA003648
State of Massachusetts Certificate # 103343