# APPRAISAL OF REAL PROPERTY



## LOCATED AT
2408 Clarendon Rd
Brooklyn, NY 11226
(BROOKLYN BOROUGH) BLOCK: 5190 LOT: 3

## FOR
VICTORIA STENNETT
1454 FLATBUSH AVE
BROOKLYN, NY 11210

## OPINION OF VALUE
2,200,000

## AS OF
12/1/2022

## BY
DANIEL N. AARONS
AARONS & ASSOCIATES, INC.
45 DOGWOOD LANE
PORT WASHINGTON, NY 11050
(516) 599-5407 x17
appraiser@AaronsAssoc.com
http://www.AaronsAssoc.com

AARONS & ASSOCIATES, INC.
45 DOGWOOD LANE
PORT WASHINGTON, NY 11050
(516) 599-5407 x17
http://www.AaronsAssoc.com

01/04/2023

VICTORIA STENNETT
1454 FLATBUSH AVE
BROOKLYN, NY 11210

Re: Property:     2408 Clarendon Rd
                  Brooklyn, NY 11226
    Client:       CLIENT: VICTORIA STENNETT (c/o KENSINGTON REALTY GROUP
    File No.:      114758

Opinion of Value 2,200,000
Effective Date:  12/1/2022

In accordance with your request, we have appraised the above referenced property.  The report of
that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described
in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis
of the neighborhood and city, and an economic analysis of the market for properties such as the
subject.  The appraisal was developed and the report was prepared in accordance with the Uniform
Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon
the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff
if we can be of additional service to you.

Sincerely,

DANIEL N. AARONS
License or Certification #: 46000026107
State: NY      Expires: 02/05/2024
appraiser@AaronsAssoc.com

| Client | VICTORIA STENNETT | | File No. 114758 | |
|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | |
| City | Brooklyn | County Kings | State NY | Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report  (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report  (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time  (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  6-12 MONTHS

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

THIS APPRAISAL REPORT IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS SET FORTH UNDER STANDARDS RULE 2-2 OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE FOR AN APPRAISAL REPORT. AS, SUCH IT REPRESENTS ONLY SUMMARY DISCUSSIONS OF THE DATA, REASONING AND ANALYSIS THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISER'S OPINION OF VALUE. SUPPORTING DOCUMENTATION THAT IS NOT PROVIDED WITH THE REPORT CONCERNING THE DATA, REASONING AND ANALYSES IS RETAINED IN THE APPRAISER'S FILE. THE DEPTH OF THE DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED USE STATED IN THIS REPORT. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS REPORT.

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name: DANIEL N. AARONS | Name: |
| State Certification #: 46000026107 | State Certification #: |
| or State License #: | or State License #: |
| State: NY  Expiration Date of Certification or License: 02/05/2024 | State:  Expiration Date of Certification or License: |
| Date of Signature and Report: 01/04/2023 | Date of Signature: |
| Effective Date of Appraisal: 12/1/2022 | |
| Inspection of Subject:  ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only | Inspection of Subject:  ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only |
| Date of Inspection (if applicable): 12/1/2022 | Date of Inspection (if applicable): |

Aarons & Associates, Inc.

# APPRAISAL REPORT-RESIDENTIAL INCOME PROPERTY

This form may be used for appraisal of income producing properties provided the loan requested does not exceed $750,000.

TO BE COMPLETED BY LENDER

| | |
|---|---|
| Borrower/Client | **CLIENT: VICTORIA STENNETT (c/o KENSINGTON REALTY GROUP CORP.)** |
| Property Address | **2408 Clarendon Rd** |

File No. **114758**
Map Reference **35614**

City **Brooklyn**   County **Kings**   State **NY**   Zip Code **11226**   Census Tract **0790.02**

Legal Description   **(BROOKLYN BOROUGH) BLOCK: 5190 LOT: 3**

Current Sale Price (if applicable) $ **N/A**    Date of Sale **EFFECTIVE=12/1/2022**    Loan Requested $ **N/A**

Terms of Sale   **N/A**

Property Rights Appraised   ☐ Fee   ☐ Leasehold (attach completed Lease Analysis FHLMC Form 461)

Lender **VICTORIA STENNETT**   Lender's Address **1454 FLATBUSH AVE, BROOKLYN, NY 11210**

Instructions to Appraiser: The purpose of this appraisal is to estimate the current Market Value of the Subject Property. The Definition of Market Value is as set forth in Certification And Statement Of Limiting Conditions (FHLMC 439).

Note: FHLMC/FNMA do not consider the racial composition of the neighborhood to be a relevant factor and it must not be considered in the appraisal.

Other Information   **OWNER: KENSINGTON REALTY GROUP CORP.     PROPERTY RIGHTS APPRAISED: LEASED-FEE**

Appraisal requested from **VICTORIA STENNETT**   Date **11/1/2022**   By **VICTORIA STENNETT**

Items 1, 2, 4, 5, & 6 are required. Attach additional items and check box if items are considered appropriate for this appraisal or are requested by Lender.

1. ☒ Descriptive photographs of subject property
2. ☒ Descriptive photographs of street scene
3. ☒ Photographs of **INTERIOR**
4. ☒ Sketch or floor plan of typical units
5. ☒ Owner's current certified rent roll if existing, or pro forma if proposed or incomplete
6. ☐ Owner's income and expense statement _____, or pro forma income and expense statement

7. ☒ Map(s)   **AERIAL, FLOOD AND SALES/RENTAL COMPARISON**
8. ☐ Plot plan or survey
9. ☒ Qualifications of Appraiser
10. ☐ Lease Analysis FHLMC 461 (required if leasehold interest appraised)
11. ☐ Summary of reciprocal agreements with other owners for use of parking, driveways, recreational facilities, private streets, (required if applicable)
12. ☐
13. ☐

NEIGHBORHOOD

| | | | | |
|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural | |
| Built-up | ☒ Over 75% | ☐ 25% to 75% | ☐ Under 25% | |
| Present land use | **5** % Condominiums | **35** % 1-Family | **35** % Apartments | |
| | **15** % Commercial | **10** % Other | | |
| Change in present land use | ☒ Not Likely | ☐ Likely (*) | ☐ Taking Place (*) | |
| (*) From | | To | | |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | |
| Housing demand/supply | ☒ In balance | ☐ Shortage | ☐ Oversupply | |
| Predominant occupancy | ☒ Owner | ☐ Tenant | **1** % Vacant | |

| OVERALL RATING | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| Employment Stability | | ☒ | | |
| Adequacy of Utilities | | ☒ | | |
| Convenience of Schools | | ☒ | | |
| Police and Fire Protection | | ☒ | | |
| Recreational Facilities | | ☒ | | |
| Property Compatibility | | ☒ | | |
| Protection from Detrimental Conditions | | ☒ | | |
| General Appearance of Properties | | ☒ | | |
| Appeal to Market | | ☒ | | |

Condominium: Price range $ **350,000** to $ **600,000**   Predominant $ **425,000**
Age **1** yrs. to **125** yrs.   Predominant **100** yrs.

Single Family: Price range $ **600,000** to $ **1,352,000**   Predominant $ **870,000**
Age **80** yrs. to **150** yrs.   Predominant **100** yrs.

Typical apartment: Type **WALK-UP/ELEVATOR**   No. Stories **2-6**
No. Units **3-25** Age **85**   Condition **C4**

Rent levels: ☐ Increasing   ☒ Stable   ☐ Declining

| | | Distance | Access or Convenience |
|---|---|---|---|
| Public Transportation | | **LOCAL/nyc** | |
| Employment Centers | | **LOCAL/nyc** | |
| Shopping Facilities | | **LOCAL/nyc** | |
| Grammar Schools | | **LOCAL/nyc** | |
| Freeway Access | | **LOCAL/nyc** | |

Estimated neighborhood apartment vacancy rate **1** %   ☒ Decreasing   ☐ Stable   ☐ Increasing   Rent Controls   ☐ No   ☒ Yes (comments on page 4 if Yes)

Describe any incompatible land uses and overall property appeal and maintenance level   **THERE ARE NO INCOMPATIBLE LAND USES NOTED THAT DRAMATICALLY AFFECT THE SUBJECT MARKETABILITY. OVERALL PROPERTY APPEAL IS CONSIDERED STRONG DUE TO HIGH MAINTENANCE LEVEL AND UPKEEP.**

Describe any oversupply of units in area by type and rental   **THERE IS NO OVERSUPPLY OF UNITS IN THE AREA NOTED.**

Describe any shortage of units in area by type and rental   **THERE IS NO SHORTAGE OF UNITS IN THE AREA NOTED.**

Describe potential for additional units in area considering land availability, zoning, utilities, etc.   **POTENTIAL FOR ADDITIONAL UNITS IS STRONG DESPITE AVAILABLE VACANT LAND. RATHER SUFFICIENT RAZING OF OLDER STOCK PROMOTES CONSTRUCTION AND LAND AVAILABILITY FOR THE OVERALL MARKET.**

Is population of relevant market area of insufficient size, diversity and financial ability to support subject property and its amenities ?   **NO**   If yes, specify.

Describe any probable changes in the economic base of neighborhood which would favorably or adversely affect apartment rentals(e.g. employment centers, zoning)   **NO NOTED (ADVERSE) CHANGES IN THE ECONOMIC BASE THAT WOULD NEGATIVELY AFFECT APARTMENT RENTALS OR HOUSING DEMAND.**

General comments including either favorable or unfavorable elements not mentioned (e.g. public parks, view, noise, parking congestion)   **THE SUBJECT IS A STRONG AND MATURE MARKET THAT OFFERS SUFFICIENT PRODUCT AND AVAILABILITY. THERE IS LITTLE "UNFAVORABLE" ELEMENTS IMPACTING OF GROWTH.**

SITE

Dimensions   **40'-fr x 100'-depth**   Area **4,000** Sq. ft. or Acres

Zoning (classification, uses and densities permitted)   **R6 (FAR=2.43)- PARKING REQUIRED**

Present Improvements ☒ do   ☒ do not conform to zoning regulations

Highest and best use   ☒ Present use   ☐ Other (specify)   **SEE ADDENDUM...**

| | Public | Comm. | Individual | | | |
|---|---|---|---|---|---|---|
| Electricity | ☒ | | | Street | ☒ Public | ☐ Private |
| Gas | ☒ | | | Surface **PAVED** | | |
| Water | ☒ | | | ☒ Storm Sewer | | |
| Sanitary Sewer | ☒ | | ☐ Sep.Tnk. | ☒ Curb & Gutter | | |
| | | | | ☐ Sidewalk | ☐ Alley | |
| ☐ Underground Electricity & Telephone | | | | ☒ Street Lights | | |

Ingress and Egress (Adequacy)   **ADEQUATE**
Topography   **GRADE LEVEL**
View Amenity   **N:StndCity**
Drainage and Flood Conditions   **ASSUMED ADEQUATE**
**ZONE-X OF FLOOD-ZONE #3604970214F (9/5/2007)**
Is the property located in a HUD Identified Special Flood Hazard Area?   **NO**

COMMENTS (including any easements or encroachments or any nonconforming use(s) of present improvements)   **THERE WERE NO APPARENT ADVERSE EASEMENTS, ENCROACHMENTS, SPECIAL ASSESSMENTS, SLIDE AREAS, OR ILLEGAL ZONING USES. HOWEVER, SURVEY, DEED, TITLE AND CofO WERE NOT AVAILABLE TO THE APPRAISER. ZONING REQUIRES ON-SITE PARKING, HOWEVER THE BUILDING WAS CONSTRUCTED PRIOR TO ZONING, SO IS OPINED GRANDFATHERED. THERE IS NO IMPACT ON MARKETABILITY AS A RESULT SINCE IT IS COMMON.**

DESCRIPTION OF IMPROVEMENTS

☒ Existing  Approx. Year Built **1931**  ☐ Proposed  ☐ Under Construction  ☐ Elevator  ☒ Walk-up  No. of Stories **4**  ☐ Row or Townhouse

No. of Bldgs. **1**  No. of Units **16**  No. of Rooms **62**  No. of Baths **16**  Parking Spaces: No. **0**  Type **NONE INCLUDED**

Basic Structural System **BRICK/MASONRY**  Exterior Walls **BRICK**  Roof Covering **FLAT/TAR ROLL**

Interior Walls **PLASTER/SHEETROCK**  Floors **TILE/HARDWOOD**  Bath Floor and Walls **CERAMIC**

Insulation **NONE OBSERVED**  Adequacy **ASSMD.ADEQ**  Adequacy and Soundproofing **UNKNOWN**

Heating:  ☐ Central  ☒ Individ.  Type **RADIATOR**  Fuel **OIL**  Condition **ASSMD.ADEQ**

Air Conditioning:  ☐ Central  ☐ Individ.  Describe **NONE NOTED**  Adequacy and Condition **NONE NOTED**

Elevator(s):  Number **0**  Automatic **N/A**  Adequacy and Condition **N/A**

Security Features  **BUZZER**

Kitchen cabinets, drawers and counter space  ☒ Adequate  ☐ Inadequate

☒ Range/Oven  ☒ Fan/Hood  ☐ Dishwasher  ☐ Disposal

☒ Refrigerator  ☐ Washer  ☐ Dryer

Hot Water Heater(s)  **FULL BUILDING**

Plumbing Fixtures  **ASSUMED ADEQUATE**

Electrical Service  **ASSUMED SUFFICIENT**

Recreational Facilities  **NONE OBSERVED**

| OVERALL PROPERTY RATING | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| General appearance of property | ☐ | ☒ | ☐ | ☐ |
| Quality of construction (materials and finish) | ☐ | ☒ | ☐ | ☐ |
| Condition of improvements | ☐ | ☐ | ☒ | ☐ |
| Rooms size and layout | ☐ | ☒ | ☐ | ☐ |
| Closets and storage | ☐ | ☒ | ☐ | ☐ |
| Plumbing-adequacy and condition | ☐ | ☒ | ☐ | ☐ |
| Electrical-adequacy and condition | ☐ | ☒ | ☐ | ☐ |
| Amenities and parking facilities | ☐ | ☐ | ☒ | ☐ |
| Appeal to market | ☐ | ☒ | ☐ | ☐ |

Effective Age **25** Yrs.  Estimated Remaining Economic Life **45** Yrs.

COMMENTS: (Special features, functional or physical inadequacies, repairs needed, modernization, etc.)  **CONSTRUCTION IS CONSISTENT WITH SURROUNDING NEIGHBORHOOD. OVERALL THE CONDITION OF THE IMPROVEMENTS RATED "C4" BASED UPON THE VIEWING OF SOME APARTMENT/INTERIORS (4A, D, AND 2D). THERE DID NOT APPEAR ANY FUNCTIONAL OR PHYSICAL INADEQUACIES NOTED NOR WERE THERE EVIDENCED NEEDS FOR REPAIRS, HOWEVER TWO UNITS WERE VACANT AND IN NEED OF REHAB AT $30,000 EACH UNIT.**

COST APPROACH

LAND SALES (complete ONLY if appropriate for this appraisal)  Zoning  Area  Sales Price  Date  Price per Sq. Ft. or per Unit

| | Zoning | Area | Sales Price | Date | Price per Sq. Ft. or per Unit |
|---|---|---|---|---|---|
| 1. | | ⌂$ | | $ | Per |
| 2. | | ⌂$ | | $ | Per |
| 3. | | ⌂$ | | $ | Per |

Comments & Reconciliation

Estimated Land Value  $

APARTMENT BUILDING(S)-ESTIMATED REPRODUCTION COST NEW

X _____ = _____ Sq. ft. X _____ (Stories) = _____ Sq. ft. X $ _____  $ _____
X _____ = _____ Sq. ft. X _____ (Stories) = _____ Sq. ft. X $ _____  $ _____
X _____ = _____ Sq. ft. X _____ (Stories) = _____ Sq. ft. X $ _____  $ _____

OTHER IMPROVEMENTS  $ _____

TOTAL ESTIMATED COST NEW OF IMPROVEMENTS  $ _____

LESS DEPRECIATION

DEPRECIATED VALUE OF IMPROVEMENTS  $ _____
ADD-ESTIMATED LAND VALUE  $ _____
INDICATED VALUE BY THE COST APPROACH (IN FEE SIMPLE)  $ _____  **N/A**
IF LEASEHOLD DEDUCT VALUE OF FEE INTEREST (ATTACH CALCULATIONS)  $ _____
INDICATED VALUE BY THE COST APPROACH (LEASEHOLD)  $ _____

COMPARABLE RENTAL DATA

| ITEM | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|
| Address | 2004 Glenwood Rd  Brooklyn, NY 11210 | 485 E 21st St  Brooklyn, NY 11226 | 255 E 25th St  Brooklyn, NY 11226 |
| Proximity to subj. | 0.71 MILES S | 0.22 MILES W | 0.07 MILES NE |
| Rntl. survey date | 9/2022 | 12/2022 | 12/2022 |
| Brief description of property improvements | No. Units 23  No. Vacant 3  Age 103 Yrs  4-STORY (LEASED-FEE)  WALK-UP-ATTACHED;RESIDENTIAL  BLENDED-RATE | No. Units 28  No. Vacant 1  Age 101 Yrs  4-STORY (LEASED-FEE)  WALK-UP-ATTACHED;RESIDENTIAL  BLENDED-RATE | No. Units 23  No. Vacant 0  Age 98 Yrs  4-STORY (LEASED-FEE)  WALK-UP-ATTACHED;RESIDENTIAL  BLENDED-RATE |

Individual unit breakdown

| | Rm. Count | | | Size | Monthly Rent | | | | Rm. Count | | | Size | Monthly Rent | | | | Rm. Count | | | Size | Monthly Rent | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | BR | b | Sq. Ft. | $ | ⌂ | Rm | | Tot | BR | b | Sq. Ft. | $ | ⌂ | Rm | | Tot | BR | b | Sq. Ft. | $ | ⌂ | Rm |
| | 87 | 41 | 23 | 23400 | 33333 | 1.42 | 383 | | 106 | 50 | 28 | 25000 | 37297 | 1.49 | 352 | | 71 | 25 | 23 | 20880 | 22128 | 1.06 | 312 |

| Utilities, furniture and amenities included in rent: | TENANTS PAY ELECTRIC | TENANTS PAY ELECTRIC | TENANTS PAY ELECTRIC |
|---|---|---|---|
| | OVERALL RES AGGREGATE=$383.14/rm | OVERALL RES AGGREGATE=$351.86/rm | OVERALL RES AGGREGATE=$311.65/rm |
| Comparison to subject including rental concessions, if any | SIMILAR COMPARISON-BUILDING IS  SAME MARKET AND PRODUCT TYPE WITH ALL  BLENDED RENTS AND LOCATION.  ---  AGGREGATE.RENT/unit-$1,449.26 | SIMILAR COMPARISON-BUILDING IS  SAME MARKET AND PRODUCT TYPE WITH ALL  BLENDED RENTS AND LOCATION.  ASKING=$5,500,000 (GRM-11.9/CAP-5.2%)  AGGREGATE.RENT/unit-$1,332.04 | SIMILAR COMPARISON-BUILDING IS  SAME MARKET AND PRODUCT TYPE WITH ALL  BLENDED RENTS AND LOCATION.  ---  AGGREGATE.RENT/unit-$962.06 |

MONTHLY RENT SCHEDULE SUBJECT

Utilities included in actual rents:  ☒ Water  ☒ Gas  ☒ Heat  ☐ Electric  ☐ Air Conditioning
Utilities included in forecasted rents:  ☒ Water  ☒ Gas  ☒ Heat  ☐ Electric  ☐ Air Conditioning

| No.of Units | Unit RM Count | | | Total Rooms | Sq Ft Area per Unit | No. Units | ACTUAL RENTS | | | FORECASTED RENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot. | BR | b | | | | Per Unit Unfurnished | Per Unit Furnished | Total Rents | Per Unit Unfurnished | Per Unit Furnished | Total Rents | Per Sq. Ft. or Room |
| 2 | 4 | 2 | 1 | 8 | 4C&4D | | $ 782.12 | $ | $ 1,564 | $782.12 | $ | $ 1,564 | N/A $ 196 |
| 2 | 4 | 2 | 1 | 8 | 4A&4B | | 881.93 | | 1,764 | 881.93 | | 1,764 | N/A 220 |
| 2 | 4 | 2 | 1 | 8 | 3C&3D | | 1083.06 | | 2,166 | 1083.06 | | 2,166 | N/A 271 |
| 2 | 4 | 2 | 1 | 8 | 3A&3B | | 994.23 | | 1,988 | 994.23 | | 1,988 | N/A 249 |
| 2 | 4 | 2 | 1 | 8 | 2C&2D | 2 | 0 | (VACANT) | 0 | 1600.00 | | 3,200 | N/A 400 |
| 2 | 4 | 2 | 1 | 8 | 2A&2B | | 1463.91 | | 1,464 | 1464.00 | | 2,928 | N/A 366 |
| 2 | 4 | 2 | 1 | 8 | 1B&1C | | 1086.21 | | 2,172 | 1086.21 | | 2,172 | N/A 272 |
| 1A | 3 | 1 | 1 | 3 | 1A | | 964.05 | | 964 | 964.05 | | 964 | N/A 321 |
| 1D | 3 | 1 | 1 | 3 | 1D | | 0 | (SUPER) | 0 | 1,400 | | 1,400 | N/A 467 |
| 16 | TOTAL | | | 62 | | 4 | | | $ 12,082 | | | $ 18,146 | |

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 2408 Clarendon Rd Brooklyn | 2004 Glenwood Rd Brooklyn, NY 11210 | 167 Linden Blvd Brooklyn, NY 11226 | 255 E 25th St Brooklyn, NY 11226 |
| Proximity to subject | | 0.71 MILES S | 0.71 MILES N | 0.07 MILES NE |
| Map code | 35614 | BLOCK:7548 LOT:43 | BLOCK:5085 LOT:96 | BLOCK:5169 LOT:45 |
| Lot size | 4,000 | 6,600 | 5,658 | 6,000 |
| Brief description of building improvements | No. Units: 16  No. Vac. 2  Year Built: 1931  4-STORY (LEASED-FEE) WALK-UP;ATTACH; BLENDED-RATE | No. Units: 23  No. Vac. 3  Year Built: 1920  4-STORY (LEASED-FEE) WALK-UP;ATTACH; BLENDED-RATE | No. Units: 12  No. Vac. 12  Year Built: 1910  3-STORY (FEE-SIMPLE) WALK-UP;DETACH; BLENDED-RATE | No. Units: 23  No. Vac. 0  Year Built: 1925  4-STORY (LEASED-FEE) WALK-UP;ATTACH; BLENDED-RATE |
| Quality | BRICK | BRICK | BRICK | BRICK |
| Condition | C4 | C4 | C4 | C4 |
| Recreational facilities | NONE NOTED BASEMENT (UNFINISHED) | NONE NOTED BASEMENT (UNFINISHED) | NONE NOTED BASEMENT (UNFINISHED) | NONE NOTED BASEMENT (UNFINISHED) |
| Parking | OFF-SITE | OFF-SITE | ON-SITE (5) | OFF-SITE |
| Tenant appeal | RESIDENTIAL(Regulated) | RESIDENTIAL(Regulated) | RESIDENTIAL(Regulated) | RESIDENTIAL(Regulated) |
| Building Area (SF) | 12,960 | 23,400 | 7,680 | 20,880 |
| Average Unit Size (Sq.Ft) | 810 | 1,017 | 640 | 907 |
| Location/Zoning | URBAN;Mixed-ResRd;R6 | URBAN;Mixed-ResRd;R6 | URBAN;Mixed-ResRd;R7-1 | URBAN;Mixed-ResRd;R6 |

| | | UNIT ROOM COUNT | | | | | UNIT ROOM COUNT | | | | | UNIT ROOM COUNT | | | | | UNIT ROOM COUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit breakdown | No. of Units | Total | BR | Bath | No. of Units | Total | BR | Bath | No. of Units | Total | BR | Bath | No. of Units | Total | BR | Bath |
| | 14 | 4 | 2 | 1 | 14 | 4 | 2 | 1 | 12 | 3 | 1 | 1 | 2 | 4 | 2 | 1 |
| | 2 | 3 | 1 | 1 | 7 | 3 | 1 | 1 | | | | | 21 | 3 | 1 | 1 |
| | | | | | 2 | 5 | 3 | 1 | | | | | | | | |

| Util. paid by owner | TENANTS PAY ELECTRIC | TENANTS PAY ELECTRIC | TENANTS PAY ELECTRIC | TENANTS PAY ELECTRIC |
|---|---|---|---|---|
| Data source | VIEWING-12/1/2022 | COMPS INC/NYSMLS #10918855 | COMPS INC./B6-REALTY | COMPS INC/MARCUS-MILLCHP |
| Price | $ N/A ☒ Unf. ☐ F | $ 4,150,000 ☒ Unf. ☐ F | $ 3,500,000 ☒ Unf. ☐ F | $ 2,600,000 ☒ Unf. ☐ F |
| Sale-Listing-Offer | N/A | CLOSED-6/7/2022 | CLOSED-4/28/2022 | CLOSED-12/16/2021 |
| Date of sale | EFFECTIVE-12/1/2022 | CONTRACTED-1/24/2022 | CONTRACTED-8/25/2020 | CONTRACTED-9/15/2021 |
| Terms (Including conditions of sale and financing terms) | N/A | ArmsLngth;Conv0;70%LtV | olp:$4,790,000 | ArmsLngth;Conv0;75%LtV |
| | N/A | | olp:$3,500,000 | olp:$4,790,000 |
| | N/A | (TAXES-$1,325/Unit) | (TAXES-$2,693/Unit) | (TAXES-$2,278/Unit) |
| | N/A | RENT/sf=$1.42psf(IMPLIED) | RENT/sf=$3.56psf(IMPLIED) | RENT/sf=$1.06psf(IMPLIED) |
| | N/A | NONE NOTED | NONE NOTED | NONE NOTED |

Complete as many of the following items as possible using data effective at time of sale

| | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Gross Annual Income | $ 217,752 | $ 400,000 | $ 328,800 | $ 265,530 |
| Gross Ann. Inc. Mult. (1) | | 10.38 | 10.64 | 9.79 |
| Net Annual Income | $ 123,990 | $ 299,000 | $ 251,063 | $ 178,100 |
| Expense Percentage (2) | % | 25.25 % | 23.64 % | 32.93 % |
| Overall Cap. Rate (3) | % | 7.20 % | 7.17 % | 6.85 % |
| Price per unit | $ | $ 180,435 | $ 291,667 | $ 113,043 |
| Price per room | $ | $ 47,701 | $ 97,222 | $ 36,620 |
| Price gross bldg. area | $ /sq. ft. bldg. area | $ 177.35/sq. ft. bldg. area | $ 455.73/sq. ft. bldg. area | $ 124.52/sq. ft. bldg. area |

(1) Sale Price / Gross Annual Income  (2) Total Annual Expenses / Total Gross Annual Income  (3) Net Annual Income / Price

RECONCILIATION: SALES EXTRACTED ON VARIED UNITS OF COMPARISON INCLUDING perROOM, perUNIT, AND per-Sq.Ft. ALL SALES OFFER A LEVEL OF IMPLIED AND ACTUAL LEASES SO BACK-UP CONSIDERATION WAS GIVEN TO GRM's. ALL CONCLUSIONS RECONCILED WIDE, WEIGHING CLOSER TO LOWER/MID RANGES FOR PRESENT MARKET CONDITIONS. PRICE/room @ $40,000 X 62rms = $2,480,000; PRICE/unit @ 16-UNITS X $150,000perUNIT = $2,400,000; and 12,960sf X $175psf = $2,268,000. INCOME APPLICATIONS SHOW GRM's WITHIN 9.79 AND 10.64, THE APPLICATION TO (POTENTIAL) GROSS (POTENTIAL) INCOME OF $217,252 WOULD FALL ABOVE THE HIGHER END FOR UPSIDE, AT OR CLOSER TO 10.5 (X $217,252 = $2,281,146). LOWER END CONCLUSIONS RECONCILED AT $2,300,000.

INDICATED VALUE BY MARKET APPROACH  2,300,000

| INCOME | | EXPENSES | ACTUAL | FORECASTED |
|---|---|---|---|---|
| Total Monthly Apartment Forecasted Rents | $ 18,146 | Real Estate Taxes* | $ 44,083.92 | $ 44,083.92 |
| Other Monthly Income (Itemize) | | Other taxes or licenses | | |
| | $ | Insurance | | 10,000 |
| Total Gross Monthly Forecasted Income | $ 18,146 | Unsubordinated ground rent | | |
| Total Gross Annual Forecasted Income | $ 217,752 | Fuel | | 10,000 |
| Less Forecasted Vacancy and Collection Loss ( 1 %) | $ ( 2,178 ) | Gas | | |
| Effective Gross Annual Income | $ 215,574 | Electricity | | 2,500 |
| Less Forecasted Expenses & Replacement Reserves | $ ( 91,584 ) | Water and sewer | | 2,000 |
| Net Annual Income from Total Property | $ 123,990 | Trash removal | | |
| Less Return on and Recapture of Depreciated Value of Furnishings ($ @ %) | $ ( ) | Pest control | | 2,000 |
| | | Maintenance and repairs | | 2,000 |
| Net Annual Income from Real Property | $ 123,990 | Interior and exterior decorating | | |
| Capitalized as follows: | | Cleaning expenses and supplies | | 1,000 |
| MARKET RANGES 6.85% TO 7.20% (BASED UPON THE COMPS). | | Management (Off-site) | | 5,000 |
| WHILE THE INCREASE IN INTEREST RATES, WHICH COMMENCED | | Res. Mgr. salary & apartment | | |
| Q2-2022, PROMOTES HIGHER RANGE, BELOW MARKET RATES | | Janitor(s) salary & apartment | | 5,000 |
| PREVAIL FOR THE SUBJECT UPSIDE AT OR CLOSER TO 6%. | | Miscellaneous | | 3,000 |
| *Real Est. Taxes ☒ Actual ☐ Est. Tax Rate Per $100 | $ 44,083.92 | Legal/Profess | | 2,500 |
| Total Assessed Value $ 829,000(FMV)/12.2670%(RATE) ;$359,370(ASMT) | | REPLACEMENT RESERVES | | |
| Comments: EXPENSES (OTHER THAN TAXES) WERE ALL BLENDED | | Carpeting and drapes | | |
| WITH ACTUAL AND MARKET SURVEYS AND REPRESENT FORECASTED | | Ranges and refrigerators | | 500 |
| TRENDS. WHILE TAXES ARE EXCESSIVE, ACTUALS WERE PROVIDED | | Dishwashers and disposals | | |
| AND USED WHERE APPROPRIATE. STANDARD BUILDINGS OPERATE | | Individual heating & AC units | | 1,000 |
| ON 20% TO 45% EXPENSE RATIOS. | | Roof/Grounds | | 1,000 |
| | | TOTAL EXPENSES & REPL. RES. | $ 44,084 | $ 91,584 |
| NET INCOME/CAPITALIZATION RATE = VALUE VIA INCOME OR... | | | | |
| $123,990 X 6% = $2,066,550 OR $2,070,000-ROUNDED | | INDICATED VALUE BY INCOME APPROACH $ | 2,070,000 | |

MARKET APPROACH

INCOME APPROACH

GENERAL COMMENTS (Including comments on any items rated poor or fair)   THE SUBJECT IS A MODERATELY CONDITIONED BUILDING INTENDED TO BE
UTILIZED AS AN INCOME PRODUCING VEHICLE WITH BLENDED, BUT PREDOMINANTLY BELOW STANDARD RENTAL RATE ASSUMPTIONS.
TWO UNITS WERE VACANT AND IN NEED OF REHAB AT A FORECASTED COST OF $30,000. THE PROJECT WAS REPORTED TO OFFER 16
APARTMENTS, ON WHICH THIS APPRAISAL IS BASED. SHOULD A CofO, PERMIT OR REGULATION SEARCH REVEAL THE LEGAL USE FOR
AN ALTERNATIVE UNIT COUNT OR USE, THE RESULTS OF THIS APPRAISAL MAY CHANGE AND THE APPRAISER RESERVES THE RIGHT TO
AMEND UPON DISCOVERY. AS OF THE EFFECTIVE APPRAISAL DATE (12/1/2022), THE BUILDING WAS REPORTED TO BE
APPROXIMATELY 81.25% OCCUPIED, WHICH INCLUDES A SUPERS UNIT.

SALE HISTORY - THERE WERE NO SALES OF THE SUBJECT OVER THE PAST THREE YEARS. THE SUBJECT WAS NOT FOUND TO
PRESENTLY BE LISTED OR CONTRACTED FOR SALE (AS OF THE EFFECTIVE DATE OF THIS APPRAISAL). LAST NOTED SALE =
7/20/2006 FOR $950,000

CONDITIONS AND REQUIREMENTS OF APPRAISAL (include required repairs, replacements, painting, termite inspections, etc.)   THIS APPRAISAL ASSUMES THAT THE
VIEWING DATE IS CONSISTENT WITH THE EFFECTIVE APPRAISAL DATE.

## RECONCILIATION AND VALUE CONCLUSION

Indicated Value by the Cost Approach   -------------- $          N/A

Indicated Value by the Market Approach   ------------ $      2,300,000

Indicated Value by the Income Approach   ------------ $      2,070,000

FINAL RECONCILIATION   WIDE CONCLUDED RANGE BETWEEN THE COMPARISON RESULTS AND INCOME ANALYSIS. THE SUBJECT APPEARS TO
BE AN UNDER PERFORMING VEHICLE, WHICH GENERALLY TENDS TO FALL OUTSIDE OF STANDARD MARKET RESULTS. IN ADDITION, THE
TAXING OF THE SITE APPEARS TO FALL ABOVE THAT WHICH IS TYPICAL IN THE MARKET, SUGGESTING A POSSIBLE CASE FOR A
WIDER GRIEVANCE OF THE ASSESSMENT. WITH FURTHER CONSIDERATION TO THE PRESENT MARKET CONDITION, RISE IN INTERESTS
RATES AND OVERALL PAUSE IN BOTH SALES ACTIVITY AND LENDING, CONCLUSIONS WOULD FALL WITHIN A BLEND OF THE TWO
APPROACHES, BUT HEAVIER WEIGHING TOWARDS THE COMPARISON APPROACH. FURTHER DEDUCTIONS ARE TAKEN FOR A COST TO CURE
ON THE TWO VACANT UNITS IN NEED OF RENOVATION FOR OCCUPANCY AT $30,000 PER UNIT.  OVERALL RESULTS FALL AT
$2,254,000 (80% COMPARISON AND 20% INCOME) LESS $60,000 FOR RENOVATION AND LEASE-UP OF THE TWO VACANT UNITS.

$2,254,000- $60,000 = $2,194,000 OR $2,200,000-ROUNDED

I certify, that to the best of my knowledge and belief, the statements made in this report are true and I have not knowingly withheld any significant information; that I have
personally inspected subject property, both inside and outside, and have made an exterior inspection of all comparable sales listed herein; that I have no interest, present
or contemplated, in subject property or the participants in the sale; that neither the employment nor compensation to make said appraisal is contingent upon any value
estimate; and, that all contingent and limiting conditions are stated herein.           ☒ Certification and Statement of Limiting Conditions
(FHLMC Form 439 Rev. 6/93) applies       ( ☐ on file with Client     ☒ Attached).
As a result of my investigation and analysis, my estimate of Market Value of the subject property as of          12/1/2022                         is    ------------

$  2,200,000

Date  01/04/2023                           Appraiser
                          If applicable, complete the following     DANIEL N. AARONS

Date  _____             Appraiser  _____

Date  _____   ☐ Supervising or   ☐ Review Appraiser  _____
                                                ☐ Did   ☐ Did Not Physically Inspect Property

## FOR LENDER'S USE ONLY (completion optional)

Loan Recommended  $  _____ @  _____ %.   Term  _____ yrs.   Principal & Interest $  _____ /mo. $  _____ /annually
Subject to:  _____

Borrower's Cost or Purchase Price        $_____        Appraised Value  $_____        Loan to Appraised Value  _____ %
Loan: Per Unit     $_____        Per Room  $_____        Per Sq. Ft. of Building Area $_____
Gross Annual Forecasted Income          $_____        Gross Annual Income Multiplier        Overall Capitalization Rate  _____ %
Forecasted Annual Expenses and Replacement Reserves        $_____ ( _____ % of Gross Annual Forecasted Income)
Break-even Point (this loan): (Annual Exp. & RR   $ _____ + Annual P & I pymts.  $ _____ ) / (Gross Annual Income  $_____ ) = _____ %
   (All financing) : (Annual Exp & RR  $ _____ + Annual P & I pymts. for all financing  $ _____ ) / (Gross Annual Inc.  $_____ ) = _____ %
Borrower's Return on Appraised Equity        (Net Annual Inc.  $ _____ (-) Annual P & I pymts $ _____ ) = $_____ (1)
                                (Appraised Value  $ _____ (-) Loan Amt. $ _____ ) = $_____ (2)
                                                $_____ (1) / $ _____ (2) = _____ %
Comments or Committee Action  _____

FHLMC FORM 71B - Rev. 8/77                                                          Page 4

# Supplemental Addendum

File No. 114758

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | VICTORIA STENNETT | | | | | |
| Property Address | 2408 Clarendon Rd | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | |

### HIGHEST AND BEST USE:

ALL LEGAL, PHYSICAL, AND FINANCIALLY FEASIBLE OPTIONS AS WELL AS MAXIMALLY PRODUCTIVE CONCLUSIONS LEAD TO THE H&BU (AS VACANT) FOR RESIDENTIAL DEVELOPMENT. THE SITE SIZE CONFORMS WITH HIGHER DENSITY DEVELOPMENT, THE ZONING ONLY OFFERS RESIDENTIAL POSSIBILITIES AND THE PRESENT ENVIRONS OF FINANCIAL FEASIBILITY FURTHER SUPPORT LOCAL DEVELOPMENT FOR RESIDENTIAL USE. IN ADDITION MARKET CONDITIONS AND AVAILABILITY OF DEVELOPMENT SUPPORT CONCLUDE A MAXIMALLY PRODUCTIVE USE FOR RESIDENTIAL DEVELOPMENT. THE SUBJECT (AS IS) APPEARS IN LINE WITH MARKET ACCEPTED ECONOMIC LIFE. AS A RESULT, THE H&BU "AS IS" IS TO REMAIN AS VIEWED.

### CONDITIONS OF APPRAISAL:

1. ANY EASEMENTS, RESTRICTIONS OR COVENANTS UNCOVERED THROUGH A TITLE SEARCH, LEGAL OPINION OR PROPERTY SURVEY SHOULD BE SUBMITTED TO THE APPRAISER FOR CONSIDERATION. THE APPRAISER RESERVES THE RIGHT TO ANALYZE ALL SUCH INFORMATION AND AMEND THE APPRAISED VALUE, IF NECESSARY.

2. THIS APPRAISAL ASSIGNMENT WAS NOT BASED ON A REQUESTED MINIMUM VALUATION, A SPECIFIC VALUATION OR THE APPROVAL OF A VALUATION. THIS APPRAISAL REPORT IS FOR ESTIMATING MARKET VALUE PURPOSES ONLY.

3. ALL ELECTRONIC SIGNATURES IN THIS REPORT HAVE A SECURITY FEATURE MAINTAINED BY INDIVIDUAL PASSWORDS FOR EACH SIGNING APPRAISER. NO PERSON CAN ALTER THE APPRAISAL WITH THE EXCEPTION OF THE ORIGINAL SIGNING APPRAISER(S).

4. THE INTENDED USER OF THIS REPORT IS THE CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A BANKRUPTCY PROCEEDING SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

5. I HAVE NOT PERFORMED SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT

6. PERSONAL PROPERTY IS NOT INCLUDED IN THE VALUE ESTIMATE.

7. THE APPRAISER IS NOT AN ENGINEER AND IS NOT QUALIFIED TO DETERMINE THE SOUNDNESS OF THE STRUCTURE.  ALL OBSERVATIONS COMMUNICATED IN THIS REPORT ARE BASED ON A VISUAL INSPECTION OF THE SUBJECT AND ITS IMPROVEMENTS FOR THE PURPOSE OF ESTIMATING THE SUBJECT'S MARKETABILITY, AND THE IMPACT THAT A PARTICULAR COMPONENT (IMPROVEMENT OR DEFECT) HAS ON THE SUBJECT'S OVERALL MARKET VALUE.  ANY STATED USER OF THIS REPORT THAT HAS CONCERNS ABOUT A PARTICULAR SYSTEM OF THE SUBJECT OUTSIDE THE APPRAISER'S FIELD OF EXPERTISE SHOULD CONSULT A QUALIFIED LICENSED PROFESSIONAL FOR SUCH A DETERMINATION.

# Aerial Map

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | | |



# Subject Photo Page

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | | |

**Subject Front**

2408 Clarendon Rd



**Subject Rear**



**Subject Street**



# Subject Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn  County Kings  State NY  Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. |

**Subject Front**

2408 Clarendon Rd



**Subject Rear**



**Subject Street**



# Subject Interior Photo Page

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | | |



**Subject Interior**

2408 Clarendon Rd
Sales Price          N/A
Gross Building Area  12,960
Age                  1931



**Subject Interior**



**Subject Interior**

# Subject Interior Photo Page

| Client | VICTORIA STENNETT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | |



### Subject Interior

2408 Clarendon Rd
Sales Price          N/A
Gross Building Area  12,960
Age                  1931



### Subject Interior



### Subject Interior

# Subject Interior Photo Page

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | | |



### Subject Interior

2408 Clarendon Rd
Sales Price          N/A
Gross Building Area  12,960
Age                  1931



### Subject Interior



### Subject Interior

# Subject Interior Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn County Kings State NY Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. |



### Subject Interior

2408 Clarendon Rd
Sales Price        N/A
Gross Building Area  12,960
Age               1931



### Subject Interior



### Subject Interior

# Subject Interior Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn County Kings State NY Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. |



**Subject Interior**

2408 Clarendon Rd
Sales Price          N/A
Gross Building Area   12,960
Age                  1931

**Subject Interior**



**Subject Interior**



# Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | VICTORIA STENNETT | | | | | |
| Property Address | 2408 Clarendon Rd | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | |



**Subject Interior**

2408 Clarendon Rd
Sales Price          N/A
Gross Building Area  12,960
Age                  1931



**Subject Interior**



**Subject Interior**

# Subject Interior Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn   County Kings   State NY   Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. |



### Subject Interior

2408 Clarendon Rd
Sales Price            N/A
Gross Building Area    12,960
Age                    1931



### Subject Interior



### Subject Interior

# Subject Interior Photo Page

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | | |



**Subject Interior**

2408 Clarendon Rd
Sales Price         N/A
Gross Building Area  12,960
Age                 1931



**Subject Interior**



**Subject Interior**

# Subject Interior Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn |
| Owner | KENSINGTON REALTY GROUP CORP. |

County Kings   State NY   Zip Code 11226



### Subject Interior

2408 Clarendon Rd

Sales Price          N/A
Gross Building Area   12,960
Age                  1931

# Comparable Photo Page

| Client | VICTORIA STENNETT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | |



### Comparable 1

2004 Glenwood Rd
Sales Price     4,150,000
G.B.A.     23,400
Age/Yr. Blt.     1920



### Comparable 2

167 Linden Blvd
Sales Price     3,500,000
G.B.A.     7,680
Age/Yr. Blt.     1910



### Comparable 3

255 E 25th St
Sales Price     2,600,000
G.B.A.     20,880
Age/Yr. Blt.     1925

# Rental Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn    County Kings    State NY    Zip Code 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. |



### Rental 1

2004 Glenwood Rd
Proximity to Subj.   0.71 MILES S
GBA
Age/Year Built   103



### Rental 2

485 E 21st St
Proximity to Subj.   0.22 MILES W
GBA
Age/Year Built   101



### Rental 3

255 E 25th St
Proximity to Subj.   0.07 MILES NE
GBA
Age/Year Built   98

# Comparable Sales Map

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2408 Clarendon Rd | | | | | | |
| City | Brooklyn | County | Kings | State | NY | Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. | | | | | | |



| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 2408 Clarendon Rd |
| City | Brooklyn |
| County | Kings |
| State | NY |
| Zip Code | 11226 |
| Owner | KENSINGTON REALTY GROUP CORP. |



State of New York
*Department of State*
**DIVISION OF LICENSING SERVICES**

UNIQUE ID NUMBER
46000026107
DUPLICATE
LICENSE

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS,

AARONS DANIEL H
C/O DENNIS AARONS & ASSOCIATES
45 DOGWOOD LANE
PORT WASHINGTON, NY 11050

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROBERT J. RODRIGUEZ
ACTING SECRETARY OF STATE

Control No. 1548399

FOR OFFICE USE ONLY

EFFECTIVE DATE
MO. 02 | DAY 06 | YR. 22

EXPIRATION DATE
MO. 02 | DAY 05 | YR. 24

DOS-1098 (Rev. 3/01)

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale. (Source: FDIC Interagency Appraisal and Evaluation Guidelines, October 27, 1994.)

> \* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is valued on the basis of it being under responsible ownership.

2. Any sketch provided in the appraisal report may show approximate dimensions of the improvements and is included only to assist the reader of the report in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. Any distribution of valuation between land and improvements in the report applies only under the existing program of utilization. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

5. The appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous waste, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. This appraisal report must not be considered an environmental assessment of the subject property.

6. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

7. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

9. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

10. The appraiser is not an employee of the company or individual(s) ordering this report and compensation is not contingent upon the reporting of a predetermined value or direction of value or upon an action or event resulting from the analysis, opinions, conclusions, or the use of this report. This assignment is not based on a required minimum, specific valuation, or the approval of a loan.

Form ACR2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**CERTIFICATION:**     The  appraiser  certifies  and  agrees  that:

1.    The  statements  of  fact  contained  in  this  report  are  true  and  correct.

2.    The  reported  analyses,  opinions,  and  conclusions  are  limited  only  by  the  reported  assumptions  and  limiting  conditions  and  are  my  personal,  impartial and  unbiased  professional  analyses,  opinions,  and  conclusions.

3.    Unless  otherwise  indicated,  I  have  no  present  or  prospective  interest  in  the  property  that  is  the  subject  of  this  report  and  no  personal  interest with  respect  to  the  parties  involved.

4.    Unless  otherwise  indicated,  I  have  performed  no  services,  as  an  appraiser  or  in  any  other  capacity,  regarding  the  property  that  is  the  subject of  this  report  within  the  three-year  period  immediately  preceding  acceptance  of  this  assignment.

5.    I  have  no  bias  with  respect  to  the  property  that  is  the  subject  of  this  report  or  the  parties  involved  with  this  assignment.

6.    My  engagement  in  this  assignment  was  not  contingent  upon  developing  or  reporting  predetermined  results.

7.    My  compensation  for  completing  this  assignment  is  not  contingent  upon  the  development  or  reporting  of  a  predetermined  value  or  direction  in  value that  favors  the  cause  of  the  client,  the  amount  of  the  value  opinion,  the  attainment  of  a  stipulated  result,  or  the  occurrence  of  a  subsequent  event directly  related  to  the  intended  use  of  this  appraisal.

8.    My  analyses,  opinions,  and  conclusions  were  developed,  and  this  report  has  been  prepared,  in  conformity  with  the  Uniform  Standards  of  Professional Appraisal  Practice  that  were  in  effect  at  the  time  this  report  was  prepared.

9.    Unless  otherwise  indicated,  I  have  made  a  personal  inspection  of  the  interior  and  exterior  areas  of  the  property  that  is  the  subject  of  this  report, and  the  exteriors  of  all  properties  listed  as  comparables.

10.    Unless  otherwise  indicated,  no  one  provided  significant  real  property  appraisal  assistance  to  the  person(s)  signing  this  certification  (if  there  are exceptions,  the  name  of  each  individual  providing  significant  real  property  appraisal  assistance  is  stated  elsewhere  in  this  report).

**11.  I  HAVE  NOT  PERFORMED  SERVICES  ON  THE  SUBJECT  WITHIN  THE  THREE  YEARS  PRIOR  TO  ENGAGEMENT  OF  THIS ASSIGNMENT.**

**ADDRESS OF PROPERTY ANALYZED:**       2408 Clarendon Rd, Brooklyn, NY 11226

**APPRAISER:**                                                          **SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:                                                              Signature:
Name:   DANIEL N. AARONS                                                 Name:
Title:
State Certification #:   46000026107                                    State Certification #:
or State License #:                                                     or State License #:
State:   NY     Expiration Date of Certification or License:  02/05/2024    State:      Expiration Date of Certification or License:
Date Signed:   01/04/2023                                               Date Signed:
                                                                        ☐ Did  ☐ Did Not   Inspect Property