# APPRAISAL OF REAL PROPERTY



## LOCATED AT
109 Amersfort Pl
Brooklyn, NY 11210
(BROOKLYN BOROUGH) BLOCK:7556 LOT:31

## FOR
VICTORIA STENNETT
1454 FLATBUSH AVE
BROOKLYN, NY 11210

## OPINION OF VALUE
$400,000 (AS IS)/$1,075,000 (SUBJECT TO HYPOTHETICAL CONDITION)

## AS OF
12/1/2022

## BY
DANIEL N. AARONS
AARONS & ASSOCIATES, INC.
45 DOGWOOD LANE
PORT WASHINGTON, NY 11050
(516) 599-5407 x17
appraiser@AaronsAssoc.com
http://www.AaronsAssoc.com

| Client | VICTORIA STENNETT | | | | File No. | 114741 |
|---|---|---|---|---|---|---|
| Property Address | 109 Amersfort Pl | | | | | |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP | | | | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule   2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule   2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    3-6 MONTHS

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

THIS APPRAISAL REPORT IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS SET FORTH UNDER STANDARDS RULE 2-2 OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE FOR AN APPRAISAL REPORT. AS, SUCH IT REPRESENTS ONLY SUMMARY DISCUSSIONS OF THE DATA, REASONING AND ANALYSIS THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISER'S OPINION OF VALUE. SUPPORTING DOCUMENTATION THAT IS NOT PROVIDED WITH THE REPORT CONCERNING THE DATA, REASONING AND ANALYSES IS RETAINED IN THE APPRAISER'S FILE. THE DEPTH OF THE DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED USE STATED IN THIS REPORT. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS REPORT.

**APPRAISER:**

Signature: *[signature]*
Name: DANIEL N. AARONS
State Certification #: 46000026107
or State License #:
State: NY   Expiration Date of Certification or License: 02/05/2024
Date of Signature and Report: 01/04/2023
Effective Date of Appraisal: 12/1/2022
Inspection of Subject: ☐ None   ☐ Interior and Exterior   ☒ Exterior-Only
Date of Inspection (if applicable): 12/1/2022

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:
Name:
State Certification #:
or State License #:
State:   Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None   ☐ Interior and Exterior   ☐ Exterior-Only
Date of Inspection (if applicable):

# Exterior-Only Inspection Residential Appraisal Report

114741
File # 114741

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 109 Amersfort Pl | City Brooklyn | State NY | Zip Code 11210 |

Borrower VICTORIA STENNETT (Intended-User)  Owner of Public Record KENSINGTON REALTY GROUP  County KINGS

Legal Description (BROOKLYN BOROUGH) BLOCK:7556 LOT:31

| Assessor's Parcel # 3075560031 | Tax Year 2023/24 | R.E. Taxes $ 6,860.40 |
|---|---|---|

| Neighborhood Name MIDWOOD | Map Reference 35614 | Census Tract 0774.00 |
|---|---|---|

Occupant ☐ Owner ☐ Tenant ☒ Vacant  Special Assessments $ 0  ☐ PUD  HOA $ 0  ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) BANKRUPTCY PROCEEDINGS

Lender/Client VICTORIA STENNETT  Address 1454 FLATBUSH AVE, BROOKLYN, NY 11210

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). A VIEWING OF BROKER RESOURCES DID NOT REVEAL ANY OPEN (OR EXPIRED) LISTING OF THE SUBJECT PROPERTY IN THE TWELVE MONTHS PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

**CONTRACT**

Contract Price $ N/A  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

**NEIGHBORHOOD**

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 50 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 33 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 70 Low | 5 | Multi-Family | 10 % |
| Neighborhood Boundaries AREA BORDERS FOSTER AVENUE TO THE NORTH, TORY AVENUE TO THE EAST, | | | | | 4,400 High | 122 | Commercial | 7 % |
| KINGS HIGHWAY TO THE SOUTH AND OCEAN AVENUE TO THE WEST. | | | | | 1,117 Pred. | 100 | Other | 0 % |

Neighborhood Description    THE SUBJECT IS LOCATED IN THE BOROUGH OF BROOKLYN, CITY OF NEW YORK. ALL THE NECESSARY AMENITIES ARE CONVENIENT AND THE PROXIMITY TO THE MAIN EMPLOYMENT CENTER (MANHATTAN) IS AVERAGE. COMMERCIAL LAND USE REPRESENTS LOCAL RETAILERS WHO SUPPORT THE RESIDENTIAL COMMUNITY WITH NO OVERALL ADVERSE EFFECT ON MARKETABILITY.

Market Conditions (including support for the above conclusions)    STOCK MARKET VOLATILITY, INTERNATIONAL INSECURITY AND INTEREST RATE RISES HAVE PRICES PEAKING AT STABILIZED LEVELS SINCE Q4-2021. LEVELING OF PRICING AND VOLUME IS NOW EVIDENT, BUT DEMAND STILL OUTPACES SUPPLY. MARKETING PERIODS ARE LEVEL AND MARKET PERCEPTION IS OFFERING HEAVIER SPECULATION.

**SITE**

| Dimensions 20.33'-Fr X 115'-depth | Area 2,338 sf | Shape RECTANGULAR | View N;Res |
|---|---|---|---|

Specific Zoning Classification R5B  Zoning Description RESIDENCE DISTRICT, MIN LOT 1,700 SF(ATT/SDET PROPERTIES)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe SEE ADDENDUM...

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ ASSMD NONE | Water | ☒ | ☐ | Street PAVED | ☒ | ☐ |
| Gas | ☐ | NONE | Sanitary Sewer | ☒ | ☐ | Alley NONE | ☒ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 3604970214F  FEMA Map Date 9/5/2007

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☒ Property Owner ☒ Other (describe) EXTERIOR VIEW  Data Source for Gross Living Area COMPS INC/CITY RECORDS

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One | ☐ One with Accessory Unit | Concrete Slab | Crawl Space | ☐ FWA | ☐ HWBB | ☐ Fireplace(s) # | 0 | ☒ None | |
| # of Stories | 2 | ☒ Full Basement | ☐ Finished | ☐ Radiant | | ☐ Woodstove(s) # | | ☐ Driveway | # of Cars |
| Type ☐ Det. ☐ Att. ☒ S-Det./End Unit | | ☐ Partial Basement | ☐ Finished | ☒ Other | RADTR | ☐ Patio/Deck | NONE | Driveway Surface | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Exterior Walls | MASONRY | Fuel | NONE | ☐ Porch | NONE | ☐ Garage | # of Cars |
| Design (Style) | ROW/S-ATT | Roof Surface | UNOBSVD | ☐ Central Air Conditioning | | ☐ Pool | NONE | ☐ Carport | # of Cars |
| Year Built | 1910 | Gutters & Downspouts | NONE | ☐ Individual | | ☒ Fence | FENCE | ☐ Attached ☐ Detached | |
| Effective Age (Yrs) | 75 | Window Type | NONE | ☒ Other | NONE | ☐ Other | NONE | ☐ Built-in | |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) ASSUMED NONE

Finished area **above** grade contains:  10 Rooms  5 Bedrooms  2 Bath(s)  2,120 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) NONE

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). QUALITY OF CONSTRUCTION IS CONSISTENT WITH THE SURROUNDING NEIGHBORHOOD. THE EXTERIOR IMPROVEMENTS RATED "C6" BASED UPON THE VIEWING. INTERIOR INFORMATION WAS VERBALLY CONVEYED BY CLIENT TO THE APPRAISER. CLIENT ADVISED THAT THE INTERIOR OF HOME WAS DESTROYED BY FIRE. THEREFORE, IT IS AN EXTRAORDINARY ASSUMPTION OF THIS REPORT THAT THE SUPPLIED INTERIOR INFORMATION IS CORRECT. IN ADDITION, IT IS ASSUMED THAT THE SUBJECT WOULD REQUIRE A COMPLETE REHABILITATION/GUT RENOVATION TO BE FUNCTIONAL.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No

If Yes, describe.    SEE ABOVE COMMENT

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe.

Freddie Mac Form 2055 March 2005    Page 1 of 6    Fannie Mae Form 2055 March 2005

# Exterior-Only Inspection Residential Appraisal Report

File # 114741

114741

| | | | |
|---|---|---|---|
| There are | 0 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 0 to $ 0 . | |
| There are | 7 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 375,000 to $ 563,000 . | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 109 Amersfort Pl Brooklyn, NY 11210 | 18 Oakland Pl Brooklyn, NY 11226 | 1286 Brooklyn Ave Brooklyn, NY 11203 | 1321 Troy Ave Brooklyn, NY 11203 |
| Proximity to Subject | | 1.00 miles N | 0.71 miles NE | 0.95 miles NE |
| Sale Price | $ N/A | $ 375,000 | $ 530,000 | $ 510,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 119.27 sq.ft. | $ 392.01 sq.ft. | $ 362.22 sq.ft. |
| Data Source(s) | | COMPS INC./ACRIS; DOM:UNK | COMPS INC.; DOM:20 | OneKeyMLS #L3343061; DOM:46 |
| Verification Source(s) | | NYS-MLS/olp:$350,000 | CORCORAN/olp:$500,000 | COMPS INC./olp:$539,000 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | Short-Sale Unk;0-100%LtV | | Arms Length Cash-Equiv;0 | | Arms Length Cash;0 | |
| Date of Sale/Time | | s05/22;c06/21 | | s05/22;c11/21 | | s02/22;c10/21 | |
| Location | N;URBAN | N;URBAN | | N;URBAN | | N;URBAN | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2,338sf/20'~f | 1,600sf/20'~f | +10,000 | 2,000sf/20'~f | | 2,610sf/29'f | -36,000 |
| View | N;Res | N;Res | | N;Res | | N;Res | |
| Design (Style) | ROW/S-ATT | ROW/ATT | +38,000 | COLONIAL/S-ATT | | COLONIAL/S-ATT | |
| Quality of Construction | MASONRY | MASONRY | | FRAME | | FRAME | |
| Actual Age | 112 | 121 | | 97 | | 92 | |
| Condition | C6 (C3) | C6 | | C5 | -53,000 | C5 | -51,000 |
| Above Grade Room Count | Total 10 / Bdrms. 5 / Baths 2 | Total 10 / Bdrms. 6 / Baths 2 | | Total 5 / Bdrms. 3 / Baths 2.1 | -15,000 | Total 4 / Bdrms. 2 / Baths 2.1 | -15,000 |
| Gross Living Area | 2,120 Sq.ft. | 3,144 Sq.ft. | -20,000 | 1,352 Sq.ft. | +15,000 | 1,408 Sq.ft. | +14,000 |
| Basement & Finished Rooms Below Grade | BASEMENT UNFINISHED | BASEMENT UNFINISHED | | BASEMENT PART FINISHED | -5,000 | BASEMENT PART FINISHED | -5,000 |
| Functional Utility | FIRE DAMAGE | FIRE DAMAGE | | ADEQUATE | -53,000 | ADEQ/TENANT | |
| Heating/Cooling | OIL/NONE | OIL/NONE | | OIL/NONE | | GAS/NONE | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | NONE | NONE | | SHRD DRIVEWAY | -15,000 | 1cGAR/sh.dvwy | -20,000 |
| Porch/Patio/Deck | NONE | NONE | | NONE | | NONE | |
| Classification | B1 | B1 | | B2 | | B3 | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 28,000 | ☐ + ☒ - | $ -126,000 | ☐ + ☒ - | $ -113,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 7.5 % Gross Adj. 18.1 % | $ 403,000 | Net Adj. 23.8 % Gross Adj. 29.4 % | $ 404,000 | Net Adj. 22.2 % Gross Adj. 27.6 % | $ 397,000 |

*SALES COMPARISON APPROACH*

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) COMPS INC/ACRIS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) COMPS INC

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | COMPS INC/ACRIS | COMPS INC | COMPS INC | COMPS INC |
| Effective Date of Data Source(s) | 12/2/2022 | 12/2/2022 | 12/1/2022 | 12/1/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   SUBJECT HAS NOT TRANSFERRED IN THE PAST 3 YEARS. COMPARABLE #2 WAS RENOVATED AFTER THE LAST PURCHASE AND LISTED ON MARKET FOR $788,000 ON 7/28/2022. ACCORDING TO STREET-EASY, THE HOME HAS SINCE CONTRACTED ON 9/21/22, HOWEVER DETAILS OF THE CONTRACT PRICE WERE NOT MADE AVAILABLE. THE COMPARABLES HAVE NOT OTHERWISE TRANSFERRED IN THE PAST YEAR EXCEPT AS NOTED.

Summary of Sales Comparison Approach   REFERENCED SALES WERE ALL MARKETED WITH SIMILAR TO VARYING LEVELS OF DEFERRED MAINTENANCE AND/OR SOME LEVEL OF OBSOLESCENCE. ALL REFLECT SIMILAR TAX CLASSIFICATIONS AS WELL AND OFFER THE STRONGEST LEVELS OF COMPARABILITY FOUND. IN FINAL RECONCILIATION ADJUSTED PRICES BETTER REFLECT A REASONABLE RANGE TO WITHIN WHICH THE SUBJECT MAY CONCLUDE. ULTIMATE RELIANCE IS PLACED UPON LOWER/MID RANGE - ROUNDED CONCLUSIONS SUCH TO REFLECT AREA MARKETABILITY AND DEGREE OF (ASSUMED) OBSOLESCENCE.

Indicated Value by Sales Comparison Approach $   400,000

| | | | |
|---|---|---|---|
| Indicated Value by: Sales Comparison Approach $ 400,000 | Cost Approach (if developed) $ | Income Approach (if developed) $ | |

*RECONCILIATION*

THE VOLUME OF AREA ACTIVITY WARRANTED ULTIMATE RELIANCE ON THE SALES COMPARISON APPROACH.  WHILE COST MAY BE A FACTOR, THE LOCAL MARKET OFFERED A STRONG SAMPLING OF HOMES SUCH TO OFFER AVAILABLE ALTERNATIVES. INCOME POTENTIAL IS TYPICALLY NOT A CONSIDERATION IN SUCH PURCHASES.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 400,000 , as of 12/1/2022 , which is the date of inspection and the effective date of this appraisal.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report

File # 114741

114741

See addendum

**ADDITIONAL COMMENTS**

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| COST APPROACH | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ......................... =$ | |
| Source of cost data | DWELLING Sq.Ft. @ $ ......... =$ | |
| Quality rating from cost service Effective date of cost data | Sq.Ft. @ $ ......... =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ......... =$ | |
| | Garage/Carport Sq.Ft. @ $ ......... =$ | |
| | Total Estimate of Cost-New ......... =$ | |
| | Less Physical Functional External | |
| | Depreciation =$( ) | |
| | Depreciated Cost of Improvements ......................... =$ | |
| | "As-is" Value of Site Improvements ......................... =$ | |
| Estimated Remaining Economic Life (HUD and VA only) Years | **INDICATED VALUE BY COST APPROACH** ......................... = $ | |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| INCOME | | |
|---|---|---|
| Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ | Indicated Value by Income Approach | |
| Summary of Income Approach (including support for market rent and GRM) | | |

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

---

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report

File # 114741
114741

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report

APPRAISER'S CERTIFICATION:     The  Appraiser  certifies  and  agrees  that:

1.  I  have,  at  a  minimum,  developed  and  reported  this  appraisal  in  accordance  with  the  scope  of  work  requirements  stated  in  this  appraisal  report.

2.  I  performed  a  visual  inspection  of  the  exterior  areas  of  the  subject  property  from  at  least  the  street.  I  reported  the  condition  of  the  improvements  in  factual,  specific  terms.  I  identified  and  reported  the  physical  deficiencies  that  could  affect  the  livability,  soundness,  or  structural  integrity  of  the  property.

3.  I  performed  this  appraisal  in  accordance  with  the  requirements  of  the  Uniform  Standards  of  Professional  Appraisal  Practice  that  were  adopted  and  promulgated  by  the  Appraisal  Standards  Board  of  The  Appraisal  Foundation  and  that  were  in  place  at  the  time  this  appraisal  report  was  prepared.

4.  I  developed  my  opinion  of  the  market  value  of  the  real  property  that  is  the  subject  of  this  report  based  on  the  sales  comparison  approach  to  value.  I  have  adequate  comparable  market  data  to  develop  a  reliable  sales  comparison  approach  for  this  appraisal  assignment.  I  further  certify  that  I  considered  the  cost  and  income  approaches  to  value  but  did  not  develop  them,  unless  otherwise  indicated  in  this  report.

5.  I  researched,  verified,  analyzed,  and  reported  on  any  current  agreement  for  sale  for  the  subject  property,  any  offering  for  sale  of  the  subject  property  in  the  twelve  months  prior  to  the  effective  date  of  this  appraisal,  and  the  prior  sales  of  the  subject  property  for  a  minimum  of  three  years  prior  to  the  effective  date  of  this  appraisal,  unless  otherwise  indicated  in  this  report.

6.  I  researched,  verified,  analyzed,  and  reported  on  the  prior  sales  of  the  comparable  sales  for  a  minimum  of  one  year  prior  to  the  date  of  sale  of  the  comparable  sale,  unless  otherwise  indicated  in  this  report.

7.  I  selected  and  used  comparable  sales  that  are  locationally,  physically,  and  functionally  the  most  similar  to  the  subject  property.

8.  I  have  not  used  comparable  sales  that  were  the  result  of  combining  a  land  sale  with  the  contract  purchase  price  of  a  home  that  has  been  built  or  will  be  built  on  the  land.

9.  I  have  reported  adjustments  to  the  comparable  sales  that  reflect  the  market's  reaction  to  the  differences  between  the  subject  property  and  the  comparable  sales.

10.  I  verified,  from  a  disinterested  source,  all  information  in  this  report  that  was  provided  by  parties  who  have  a  financial  interest  in  the  sale  or  financing  of  the  subject  property.

11.  I  have  knowledge  and  experience  in  appraising  this  type  of  property  in  this  market  area.

12.  I  am  aware  of,  and  have  access  to,  the  necessary  and  appropriate  public  and  private  data  sources,  such  as  multiple  listing  services,  tax  assessment  records,  public  land  records  and  other  such  data  sources  for  the  area  in  which  the  property  is  located.

13.  I  obtained  the  information,  estimates,  and  opinions  furnished  by  other  parties  and  expressed  in  this  appraisal  report  from  reliable  sources  that  I  believe  to  be  true  and  correct.

14.  I  have  taken  into  consideration  the  factors  that  have  an  impact  on  value  with  respect  to  the  subject  neighborhood,  subject  property,  and  the  proximity  of  the  subject  property  to  adverse  influences  in  the  development  of  my  opinion  of  market  value.  I  have  noted  in  this  appraisal  report  any  adverse  conditions  (such  as,  but  not  limited  to,  needed  repairs,  deterioration,  the  presence  of  hazardous  wastes,  toxic  substances,  adverse  environmental  conditions,  etc.)  observed  during  the  inspection  of  the  subject  property  or  that  I  became  aware  of  during  the  research  involved  in  performing  this  appraisal.  I  have  considered  these  adverse  conditions  in  my  analysis  of  the  property  value,  and  have  reported  on  the  effect  of  the  conditions  on  the  value  and  marketability  of  the  subject  property.

15.  I  have  not  knowingly  withheld  any  significant  information  from  this  appraisal  report  and,  to  the  best  of  my  knowledge,  all  statements  and  information  in  this  appraisal  report  are  true  and  correct.

16.  I  stated  in  this  appraisal  report  my  own  personal,  unbiased,  and  professional  analysis,  opinions,  and  conclusions,  which  are  subject  only  to  the  assumptions  and  limiting  conditions  in  this  appraisal  report.

17.  I  have  no  present  or  prospective  interest  in  the  property  that  is  the  subject  of  this  report,  and  I  have  no  present  or  prospective  personal  interest  or  bias  with  respect  to  the  participants  in  the  transaction.  I  did  not  base,  either  partially  or  completely,  my  analysis  and/or  opinion  of  market  value  in  this  appraisal  report  on  the  race,  color,  religion,  sex,  age,  marital  status,  handicap,  familial  status,  or  national  origin  of  either  the  prospective  owners  or  occupants  of  the  subject  property  or  of  the  present  owners  or  occupants  of  the  properties  in  the  vicinity  of  the  subject  property  or  on  any  other  basis  prohibited  by  law.

18.  My  employment  and/or  compensation  for  performing  this  appraisal  or  any  future  or  anticipated  appraisals  was  not  conditioned  on  any  agreement  or  understanding,  written  or  otherwise,  that  I  would  report  (or  present  analysis  supporting)  a  predetermined  specific  value,  a  predetermined  minimum  value,  a  range  or  direction  in  value,  a  value  that  favors  the  cause  of  any  party,  or  the  attainment  of  a  specific  result  or  occurrence  of  a  specific  subsequent  event  (such  as  approval  of  a  pending  mortgage  loan  application).

19.  I  personally  prepared  all  conclusions  and  opinions  about  the  real  estate  that  were  set  forth  in  this  appraisal  report.  If  I  relied  on  significant  real  property  appraisal  assistance  from  any  individual  or  individuals  in  the  performance  of  this  appraisal  or  the  preparation  of  this  appraisal  report,  I  have  named  such  individual(s)  and  disclosed  the  specific  tasks  performed  in  this  appraisal  report.  I  certify  that  any  individual  so  named  is  qualified  to  perform  the  tasks.  I  have  not  authorized  anyone  to  make  a  change  to  any  item  in  this  appraisal  report;  therefore,  any  change  made  to  this  appraisal  is  unauthorized  and  I  will  take  no  responsibility  for  it.

# Exterior–Only Inspection Residential Appraisal Report

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:     The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   DANIEL N. AARONS | Name |
| Company Name   AARONS & ASSOCIATES, INC. | Company Name |
| Company Address   45 DOGWOOD LANE, PORT WASHINGTON, NY 11050 | Company Address |
| Telephone Number   (516) 599-5407 x17 | Telephone Number |
| Email Address   appraiser@AaronsAssoc.com | Email Address |
| Date of Signature and Report   01/04/2023 | Date of Signature |
| Effective Date of Appraisal   12/1/2022 | State Certification # |
| State Certification #   46000026107 | or State License # |
| or State License # | State |
| or Other (describe)                 State # | Expiration Date of Certification or License |

State   NY

Expiration Date of Certification or License   02/05/2024

ADDRESS OF PROPERTY APPRAISED

109 Amersfort Pl

Brooklyn, NY 11210

APPRAISED VALUE OF SUBJECT PROPERTY $   400,000

LENDER/CLIENT

Name   VICTORIA STENNETT

Company Name   VICTORIA STENNETT

Company Address   1454 FLATBUSH AVE, BROOKLYN, NY 11210

Email Address   stennettvictoria@gmail.com

**SUBJECT PROPERTY**

☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

| Freddie Mac Form 2055 March 2005 | Page 6 of 6 | Fannie Mae Form 2055 March 2005 |

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report

114741
**File #** 114741

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 109 Amersfort Pl Brooklyn, NY 11210 | 101 Kenilworth Pl Brooklyn, NY 11210 | | 66 Kenilworth Pl Brooklyn, NY 11203 | | | |
| Proximity to Subject | | 0.05 miles E | | 0.07 miles N | | | |
| Sale Price | $ N/A | $ | 886,000 | $ | 1,199,000 | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 464.36 sq.ft. | | $ 530.53 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | COMPS INC; DOM:48 | | COMPS INC; DOM:28 | | | |
| Verification Source(s) | | REMAX EDGE/olp:$898,000 | | SERHANT/olp:$1,199,000 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Arms Length Unk;0 | | Arms Length Unk;0 | | | |
| Date of Sale/Time | | s03/22;c12/21 | | s09/22;c7/22 | | | |
| Location | N;URBAN | N;URBAN | | N;URBAN | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 2,338sf/20'~f | 1,892sf/18.92~f | +40,000 | 1,730sf/20'~f | +11,000 | | |
| View | N;Res | N;Res | | N;Res | | | |
| Design (Style) | ROW/S-ATT | ROW/ATT | +89,000 | COLONIAL/S-ATT | | | |
| Quality of Construction | MASONRY | MASONRY | | MASONRY | | | |
| Actual Age | 112 | 107 | | 121 | | | |
| Condition | C6 (C3) | C4 | +100,000 | C2 | -100,000 | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 10 | 5 | 2 | 10 | 6 | 2 | -15,000 | 10 | 5 | 2 | | | | |
| Gross Living Area | 2,120 sq.ft. | 1,908 sq.ft. | +4,000 | 2,260 sq.ft. | -3,000 | sq.ft. | |
| Basement & Finished Rooms Below Grade | BASEMENT UNFINISHED | BASEMENT FIN w/BATH | -20,000 | BASEMENT FIN w/BATH | -20,000 | | |
| Functional Utility | FIRE DAMAGE | ADEQUATE | | ADEQUATE | | | |
| Heating/Cooling | OIL/NONE | OIL/NONE | | OIL/NONE | | | |
| Energy Efficient Items | NONE | NONE | | NONE | | | |
| Garage/Carport | NONE | NONE | | NONE | | | |
| Porch/Patio/Deck | NONE | PATIO | -5,000 | PCH/PAT/BALC | -15,000 | | |
| Classification | B1 | B1 | | B2 | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 193,000 | ☐ + ☒ - | $ -127,000 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 21.8 % Gross Adj. 30.8 % | $ 1,079,000 | Net Adj. 10.6 % Gross Adj. 12.4 % | $ 1,072,000 | Net Adj. % Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | COMPS INC/ACRIS | COMPS INC | COMPS INC | |
| Effective Date of Data Source(s) | 12/2/2022 | 1/4/2023 | 1/4/2023 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    SEE PREVIOUS COMPARABLE PAGE...

Analysis/Comments    AN ADDITIONAL SCOPE OF THE ASSIGNMENT REQUESTED A HYPOTHETICAL CONDITION THAT ASSUMED THE HOME AS IF HABITABLE AND REPAIRED. IT SHOULD BE NOTED THAT SUCH A HYPOTHETICAL CONDITION OFFERS VARYING LEVELS OF CONSIDERATION. RENOVATIONS/UPDATES CAN TAKE A WIDE ARRAY OF FORMS FROM MODERATE TO EXTENSIVE. DESIGN, LAYOUT AND IMPROVEMENTS ALL NEED TO BE CONSIDERED AND THE APPRAISAL ISOLATED A MODERATE APPROACH TO THE UPDATES AND REPAIRS, THE APPRAISER ISOLATED TWO COMPARABLES THAT WEDGE IN BETWEEN THE CONSIDERATION/ASSUMPTION OF THE HYPOTHETICAL CONDITION. WHILE VARIED CONSIDERATION IS VALUE IMPACTING, THE ASSUMPTION TO THIS APPRAISAL DOES NOT CONSIDER AN EXTREME GUT RENOVATION OR EVEN NOMINAL REHABILITATION. THE RESULT IS CHARACTERIZED BY A "C3" CONDITION RATING.

COMPARABLES #4 AND #5 REFLECT THE APPRAISAL "AS IF HABITABLE AND REPAIRED" WITH THE HYPOTHETICAL CONDITION OF A C3 RATING. COMPARABLES #1, #2 AND #3 REFLECT THE "AS IS" CONDITION (C6-RATING). BOTH SCENARIOS, HOWEVER DO CONSIDER THAT THE HOME WAS ONLY VIEWED BY THE EXTERIOR.

THE NARROW RANGE OF ADJUSTED CONCLUSIONS FOR #4 AND #5 BEST REPRESENT THE HYPOTHETICAL CONDITION AS DESCRIBED. TO WHICH, THE VALUE IS RECONCILED AT MID-RANGE CONCLUSIONS (ROUNDED).

VALUE "SUBJECT TO THE HYPOTHETICAL CONDITION OF UPDATED AND HABITABLE" = $1,075,000

---

Freddie Mac Form 2055 March 2005

Fannie Mae Form 2055 March 2005

# Supplemental Addendum

File No. 114741

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 109 Amersfort Pl |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP |

## HIGHEST AND BEST USE:

ALL LEGAL, PHYSICAL, AND FINANCIALLY FEASIBLE OPTIONS AS WELL AS MAXIMALLY PRODUCTIVE CONCLUSIONS LEAD TO THE H&BU (AS VACANT) FOR RESIDENTIAL DEVELOPMENT. THE SITE SIZE CONFORMS WITH HIGHER DENSITY DEVELOPMENT, THE ZONING ONLY OFFERS RESIDENTIAL POSSIBILITIES AND THE PRESENT ENVIRONS OF FINANCIAL FEASIBILITY FURTHER SUPPORT LOCAL DEVELOPMENT FOR RESIDENTIAL USE. IN ADDITION MARKET CONDITIONS AND AVAILABILITY OF DEVELOPMENT SUPPORT CONCLUDE A MAXIMALLY PRODUCTIVE USE FOR RESIDENTIAL DEVELOPMENT. THE SUBJECT (AS IS) APPEARS IN LINE WITH MARKET ACCEPTED ECONOMIC LIFE. AS A RESULT, THE H&BU "AS IS" IS TO REMAIN AS VIEWED.

## SALES COMPARISON APPROACH:

### 1. SALES/FINANCING CONCESSIONS-
ALL PROPERTIES TRANSFERRED UNDER TYPICAL FINANCING AVAILABLE. PURCHASES OF 2-FAMILY HOMES IN THE AREA ARE (GENERALLY) CONVENTIONAL WITH SOME CONCESSIONS FOUND.

### 2. DATE OF SALE-
THE PRIMARY SALES (#1-#3) REPRESENT THE MOST RECENT COMPARABLE ACTIVITY IN THE LOCAL MARKET AND ARE WELL WITHIN A TIGHT PERIOD OF SUSTAINED GROWTH/STABILITY. NO TIME ADJUSTING IS WARRANTED.

### 3. LOCATION-
ALL COMPARABLES ARE LOCATED WITHIN THE SUBJECT MARKETPLACE AND WELL WITHIN COMPETITIVE STREETS OF ONE ANOTHER. LOCATION ADJUSTING IS NOT APPLIED BASED ON MARKET PERCEPTION FOR ANY NOTED DIFFERENCE.

### 4. PHYSICAL DIFFERENCES-
THE SUBJECT IS A FIRE DAMAGED HOME. ALL SALES ARE REASONABLY COMPETITIVE IN SIZE AND OPINED BY THE APPRAISER BASED UPON ACTUAL VIEWINGS AND MEASUREMENTS CALCULATED FROM DISCLOSED RESOURCES. SINCE SIZES ARE RECORDED WITH A DEGREE OF VARIANCE, THE PROVIDED SIZING MAY REQUIRE MARGINS OF ERROR TO ACCOUNT FOR THE DIFFERENCES. IN ADDITION, THE NEEDED RENOVATIONS ON THE SUBJECT PLACES LITTLE EMPHASIS ON SIZE AS A PREDOMINANT INDICATOR. AS A RESULT, A PORTIONAL GLA ADJUSTMENT OF $20psf WAS APPLIED TO SALES IN EXCESS OF 100sf DIFFERENCE.  THIS REPRESENTS A PERCENTAGE OF ACTUAL PRICES PER SQUARE FOOT AND THE MARKET REACTIONS FOUND FOR THE DIFFERENCES.

PARCEL VARIANCES WERE ADJUSTED BASED UPON FRONTAGE AND WIDTH INDEPENDENT OF ONE ANOTHER. FRONTAGE WAS ADJUSTED AT $40,000 PER FRONT FOOT OF DIFFERENCE. DEPTH REGRESSION PLACES WEIGHT ON SITES MAXIMIZING AT 100'. ANY DIFFERENCES THEREAFTER WAS CONSIDERED "SURPLUS" AND NOT CONTRIBUTORY TO ADDITIONAL "VALUE". DEPTH WAS ADJUSTED AT $5,000 PER FOOT OF DIFFERENCE (UP TO 100').

HOME CONDITIONS WERE DISCLOSED FROM INTERIOR PHOTOS PROVIDED BY BROKER LISTINGS (WHERE AVAILABLE). ALL WERE OPINED BY THE APPRAISER AND REFLECT THE DEPRECIATED COSTS TO BRING THE UNIT IN LINE WITH THE SUBJECT. SUCH APPLICATION ALSO REPRESENTS STANDARD MARKET THINKING FOR THE DIFFERENCE.

BUILDING STYLE DIFFERENCES DID NOT OFFER ANY REQUIRED ADJUSTMENT AS THE MARKET DID NOT SEEM TO VARY PRICES AMONGST THE SURVEYED STYLE. HOWEVER ATTACHED v. SEMI-DETACHED DESIGN DID OFFER A LEVEL OF DIFFERENCE, ON WHICH AN ADJUSTMENT WAS APPLIED.

AGE DIFFERENCES WERE NOT ADJUSTED AS THERE IS NO QUANTIFIABLE EVIDENCE SUGGESTING THAT THE SURVEYED PERIODS OFFER STRENGTH OR LIMITATIONS OVER THE SUBJECT PERIOD. SUCH DIFFERENCES, HOWEVER WERE ADDRESSED WITHIN THE OPINED EFFECTIVE AGES AS REVEALED THROUGH THE CONDITION RATING.

COMPARABLE BASEMENT SQUARE FOOTAGE IS NOT AVAILABLE WITHIN THE NORMAL COURSE OF BUSINESS, THE APPRAISER HAS OPINED THE SIZE BASED UPON THE HOUSE FOOTPRINT AND DATA SUPPLIED OFF THE MLS AND PUBLIC RECORDS WHERE AVAILABLE (PART v. FULL). THE SQUARE FOOTAGE WAS NOT DIRECTLY ADJUSTED GIVEN THE LACK OF QUANTITATIVE EVIDENCE TOWARDS THE FOOT TO FOOT VARIANCES.

IT IS ASSUMED THAT THE SUBJECT CANNOT BE UTILIZED IN ITS PRESENT STATE. CONDITION AND FUNCTIONAL UTILITY ADJUSTMENTS WERE THEREFORE CONSIDERED WARRANTED AND APPLIED TO SALE #3. SALE #3 WHILE HABITABLE, DID APPEAR TO SUFFER FROM EXCESSIVE LEVELS OF DEPRECIATION IN NEED OF REHAB. FURTHER, THERE IS A TENANT ISSUE THAT OFFERS A HEAVIER OBSOLESCENCE THAT EXCEEDS STANDARD HOME OBSOLESCENCE. ADJUSTING WAS NOT APPLIED FOR UTILITY.

### 5. ADDITIONAL COMMENTS –

ALL ADJUSTING IS BASED UPON A VARIETY OF APPLICATIONS INCLUDING DEPRECIATED COSTS, APPRAISER SURVEYS, INCLUSIONARY ALLOCATIONS AND PAIRED SALES WHERE AVAILABLE. ALL ARE ADEQUATELY SUPPORTED THROUGH RESEARCH IN THE MARKET. WHERE ACTUAL QUANTITATIVE DIFFERENCES CANNOT BE ISOLATED THE APPRAISER CONSIDERED QUALITATIVE METHODS AND APPLIED WITHIN THE RECONCILIATION.

THE SUBJECT VALUE IS BELOW THE PREDOMINANT PRICING IN THE NEIGHBORHOOD BUT WITHIN THE PRICE RANGE. THIS DOES NOT IMPACT ITS MARKETABILITY AS IT IS STILL WITHIN ACCEPTABLE LEVELS FOR THIS MARKET.

THE SALES OFFERED A WIDE SPREAD OF UNADJUSTED PRICING THAT EXCEEDS 25%. THIS IS STANDARD FOR THIS MARKET BASED UPON THE DIFFERING AMENITY, SIZES AND RENOVATION APPLIED.

THE WIDER DIFFERENCES MAY HAVE CAUSED CERTAIN NET/GROSS ADJUSTING TO THE SALES. THIS DID NOT IMPACT THE ANALYSIS AND ONLY SERVES TO STRENGTHEN THE CONCLUSIONS BASED UPON REAL WORLD PERCEPTIONS.

# Supplemental Addendum

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 109 Amersfort Pl |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP |

## CONDITIONS OF APPRAISAL:

1. ANY EASEMENTS, RESTRICTIONS OR COVENANTS UNCOVERED THROUGH A TITLE SEARCH, LEGAL OPINION OR PROPERTY SURVEY SHOULD BE SUBMITTED TO THE APPRAISER FOR CONSIDERATION. THE APPRAISER RESERVES THE RIGHT TO ANALYZE ALL SUCH INFORMATION AND AMEND THE APPRAISED VALUE, IF NECESSARY.

2. THIS APPRAISAL ASSIGNMENT WAS NOT BASED ON A REQUESTED MINIMUM VALUATION, A SPECIFIC VALUATION OR THE APPROVAL OF A LOAN. THIS APPRAISAL REPORT IS FOR ESTIMATING MARKET VALUE PURPOSES ONLY.

3. ALL ELECTRONIC SIGNATURES IN THIS REPORT HAVE A SECURITY FEATURE MAINTAINED BY INDIVIDUAL PASSWORDS FOR EACH SIGNING APPRAISER. NO PERSON CAN ALTER THE APPRAISAL WITH THE EXCEPTION OF THE ORIGINAL SIGNING APPRAISER(S).

4. THE INTENDED USER OF THIS REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A BANKRUPTCY PURPOSES SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

5. I HAVE NOT PERFORMED SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT

6. THE SUBJECT UNIT WAS ASSUMED VACANT AT INSPECTION.

7. PERSONAL PROPERTY IS NOT INCLUDED IN THE VALUE ESTIMATE.

8. UTILITIES WERE ASSUMED NEITHER ON NOR FUNCTIONAL AT TIME OF EXTERNAL VIEWING .

9. THE APPRAISER IS NOT AN ENGINEER AND IS NOT QUALIFIED TO DETERMINE THE SOUNDNESS OF THE STRUCTURE.  ALL OBSERVATIONS COMMUNICATED IN THIS REPORT ARE BASED ON A EXTERNAL VIEWING OF THE SUBJECT AND ITS IMPROVEMENTS FOR THE PURPOSE OF ESTIMATING THE SUBJECT'S MARKETABILITY, AND THE IMPACT THAT A PARTICULAR COMPONENT (IMPROVEMENT OR DEFECT) HAS ON THE SUBJECT'S OVERALL MARKET VALUE.  ANY STATED USER OF THIS REPORT THAT HAS CONCERNS ABOUT A PARTICULAR SYSTEM OF THE SUBJECT OUTSIDE THE APPRAISER'S FIELD OF EXPERTISE SHOULD CONSULT A QUALIFIED LICENSED PROFESSIONAL FOR SUCH A DETERMINATION.

# Aerial Map

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 109 Amersfort Pl | | | | | | |
| City | Brooklyn | County | KINGS | | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP | | | | | | |



# Subject Photo Page

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 109 Amersfort Pl | | | | | | |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP | | | | | | |

## Subject Front



109 Amersfort Pl

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 2,120 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2 |
| Location | N;URBAN |
| View | N;Res |
| Site | 2,338sf/20'~f |
| Quality | MASONRY |
| Age | 112 |

## Subject Rear Yard



## Subject Street



# Subject Photo Page

| Client | VICTORIA STENNETT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 109 Amersfort Pl | | | | | | |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP | | | | | | |

**Subject Side**

109 Amersfort Pl



**Subject Rear**



**Subject Street**



# Comparable Photo Page

| | |
|---|---|
| Client | VICTORIA STENNETT |
| Property Address | 109 Amersfort Pl |
| City | Brooklyn |
| County | KINGS |
| State | NY |
| Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP |



## Comparable 1

18 Oakland Pl

| | |
|---|---|
| Prox. to Subject | 1.00 miles N |
| Sale Price | 375,000 |
| Gross Living Area | 3,144 |
| Total Rooms | 10 |
| Total Bedrooms | 6 |
| Total Bathrooms | 2 |
| Location | N;URBAN |
| View | N;Res |
| Site | 1,600sf/20'~f |
| Quality | MASONRY |
| Age | 121 |



## Comparable 2

1286 Brooklyn Ave

| | |
|---|---|
| Prox. to Subject | 0.71 miles NE |
| Sale Price | 530,000 |
| Gross Living Area | 1,352 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;URBAN |
| View | N;Res |
| Site | 2,000sf/20'~f |
| Quality | FRAME |
| Age | 97 |



## Comparable 3

1321 Troy Ave

| | |
|---|---|
| Prox. to Subject | 0.95 miles NE |
| Sale Price | 510,000 |
| Gross Living Area | 1,408 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;URBAN |
| View | N;Res |
| Site | 2,610sf/29'f |
| Quality | FRAME |
| Age | 92 |

# Comparable Photo Page

| Client | VICTORIA STENNETT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 109 Amersfort Pl | | | | | |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP | | | | | |



### Comparable 4

101 Kenilworth Pl

| | |
|---|---|
| Prox. to Subject | 0.05 miles E |
| Sale Price | 886,000 |
| Gross Living Area | 1,908 |
| Total Rooms | 10 |
| Total Bedrooms | 6 |
| Total Bathrooms | 2.1 |
| Location | N;URBAN |
| View | N;Res |
| Site | 1,892sf/18.92~f |
| Quality | MASONRY |
| Age | 107 |



### Comparable 5

66 Kenilworth Pl

| | |
|---|---|
| Prox. to Subject | 0.07 miles N |
| Sale Price | 1,199,000 |
| Gross Living Area | 2,260 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2 |
| Location | N;URBAN |
| View | N;Res |
| Site | 1,730sf/20'~f |
| Quality | MASONRY |
| Age | 121 |

# Location Map

| Client | VICTORIA STENNETT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 109 Amersfort Pl | | | | | |
| City | Brooklyn | County | KINGS | State | NY | Zip Code | 11210 |
| Owner | KENSINGTON REALTY GROUP | | | | | |



# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

### C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

### C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

### C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

### C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

### C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

### C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

### Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# License





www.AaronsAssoc.com
(516) 599-5407/fax-(516) 599-5419/appraiser@AaronsAssoc.com