UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

    KENSINGTON REALTY GROUP CORP.,        Case No. 1-22-42817-ess

                    Debtor.                           Chapter 11

-----------------------------------------------------------------X

**ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE**

**UPON** reading and consideration of (a) the application (the "Application") [Doc. No. 38], filed on January 12, 2023, of Emigrant Funding Corp. ("Emigrant"), a secured creditor in the above-captioned case, seeking the entry of an order (i) dismissing the above-captioned Chapter 11 case, or, alternatively, (ii) granting relief from the automatic stay, (b) the objection to the Application [Doc. No. 46], filed on February 6, 2023, by Kensington Realty Group Corp. ("Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, (c) the stipulation (the "Stipulation") [Doc. No. 50], filed on February 27, 2023, by and between Emigrant, Debtor, and Debtor's principal, Victoria Stennet ("Stennett"), pursuant to which Debtor consented to the dismissal of this Chapter 11 case in exchange for certain relief in favor of Stennett, and, (d) the limited objection to the Application and the Stipulation filed by Charles N. Persing, Subchapter V trustee in the above-captioned case, and Debtor's response thereto; and notice of the Application and Stipulation being deemed sufficient; and no other objections having been filed or otherwise heard; and after a hearing on the Application and Stipulation having been held on March 23, 2023; and Debtor having appeared at said hearing by its counsel, Bronster LLP by J. Logan Rappaport, Esq.; and Emigrant having appeared at said hearing by its counsel, Terrenzi & Confusione, P.C. by Ronald Terenzi, Esq.; and the Subchapter V Trustee having appeared at said hearing; and the Office of the United States Trustee having appeared at

1

said hearing by Reema Latif, Esq. and no other appearances having been made; and after due deliberation and for sufficient cause shown, it is hereby

**ORDERED**, that the Stipulation is approved in all respects; and it is further

**ORDERED**, that Debtor's case is hereby dismissed pursuant to 11 U.S.C. § 1112(b).



Dated: Brooklyn, New York
April 20, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge